# LEE SHEIKH MEGLEY & HAAN

111 West Jackson Boulevard, Suite 2230
Chicago, Illinois 60604

(312) 982-0070
_____
www.leesheikh.com

Ashley E. LaValley
Direct Dial:  (312) 982-0068                                                                            alavalley@leesheikh.com

January 3, 2019

The Honorable Phyllis J. Hamilton
U.S. District Court for the Northern District of California
Oakland Courthouse, Courtroom 3, 3rd Floor
1301 Clay Street,
Oakland, CA 94612

Re:   *MPH Technologies Oy v. Apple Inc.*, Case No. 5:18-cv-05935

Dear Judge Hamilton:

The Court has scheduled a Case Management Conference for January 10, 2019 at 2:00 PM in the above-referenced action. (Dkt. No. 37).  The parties write to highlight for the Court their proposal regarding the case schedule set forth in Section 17 of the Joint Case Management Conference Statement. (Dkt. No. 45).  As a result of the parties' agreed proposal, the Court may determine that the January 10, 2019 Case Management Conference is no longer necessary.

The parties have proposed a procedure which they believe will promote judicial efficiency and conserve party resources in this litigation.  In particular, Apple intends to file petitions for *inter partes* review ("IPR") on all patents asserted in this case, and has agreed to do so by March 31, 2019, followed shortly thereafter by a motion to stay.  In consideration for Apple's commitment to file its petitions within the next three months, MPH will not oppose Apple's motion to stay the litigation during the pendency of the IPR petitions.  Because there is a potential for the IPR process to narrow the issues in this case, the parties also agree, with the Court's approval, not to exchange contentions and associated documents required under the Patent Local Rules or engage in other discovery at this time.

If, after reviewing the Joint Case Management Conference Statement, the Court has any questions or concerns regarding the procedure proposed by the parties, the parties are available and prepared to appear at the Case Management Statement as scheduled on January 10, 2019, at 2:00 PM.

January 3, 2019
Page 2

Dated: January 3, 2019

Respectfully submitted,

*/s/ Ashley E. LaValley*

Attorneys for Plaintiff
*MPH TECHNOLOGIES OY*

Patricia L. Peden, Esq. (SBN 206440)

LECLAIR RYAN, LLP

Christopher J. Lee (*pro hac vice*)
David J. Sheikh (*pro hac vice*)
Richard B. Megley, Jr. (*pro hac vice*)
Brian E. Haan (*pro hac vice*)
Ashley E. LaValley (*pro hac vice*)
Dragan Gjorgiev (*pro hac vice*)

LEE SHEIKH MEGLEY & HAAN LLC


Dated: January 3, 2019

Respectfully submitted,

*/s/ Stefani E. Shanberg*

Attorneys for Defendant
*APPLE INC.*

Stefani E. Shanberg (SBN 206717)
Rudy Y. Kim (SBN 199426)
Jennifer J. Schmidt (SBN 295579)
Robin L. Brewer (SBN 253686)

MORRISON & FOERSTER LLP

January 3, 2019
Page 3

## ATTESTATION CLAUSE

I, Ashley E. LaValley, am the ECF user whose identification and password are being used in this filing.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Stefani E. Shanberg of Morrison & Foerster LLP has concurred in the filing of this document.

Dated: January 3, 2019                                        */s/ Ashley E. LaValley*