UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MPH TECHNOLOGIES OY,

    Plaintiff,

    v.

APPLE, INC.,

    Defendant.

Case No. 18-cv-05935-PJH

**ORDER DIRECTING PARTIES TO FILE FURTHER STATUS REPORT**

    On April 26, 2019, the court stayed this case pending inter partes review ("IPR"). See Dkt. 49. The parties filed joint status reports of the IPR petitions in January 2020, November 2020, February 2021, and May 2021. See Dkt. 52-55. No status report has been filed since May 2021.

    The court directs the parties to file a further joint status report regarding the status of the IPR petitions and the parties' respective positions on whether this case should continue to be stayed. The joint status report shall be filed by March 24, 2022.

**IT IS SO ORDERED.**

Dated:  February 22, 2022

                                              /s/ *Phyllis J. Hamilton*
                                              PHYLLIS J. HAMILTON
                                              United States District Judge