1  Patricia L. Peden, Esq. (SBN 206440)
   ppeden@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   1901 Harrison Street, Suite 900
3  Oakland, CA 94612
   Phone: (510) 273.8780
4  Fax: (510) 839.9104

5  Christopher J. Lee (*pro hac vice*)
   clee@leesheikh.com
6  David J. Sheikh (*pro hac vice*)
   dsheikh@leesheikh.com
7  Richard B. Megley, Jr. (*pro hac vice*)
   rmegley@leesheikh.com
8  Brian E. Haan (*pro hac vice*)
   bhaan@leesheikh.com
9  Ashley E. LaValley (*pro hac vice*)
   alavalley@leesheikh.com
10 Dragan Gjorgiev (*pro hac vice*)
   dgjorgiev@leesheikh.com
11 LEE SHEIKH MEGLEY & HAAN LLC
   111 West Jackson Boulevard, Suite 2230
12 Chicago, IL 60604
   Phone: (312) 982-0070
13 Fax: (312) 982-0071

14 Attorneys for Plaintiff
   *MPH TECHNOLOGIES OY*

   Bita Rahebi (SBN 209351)
   brahebi@mofo.com
   MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
   Los Angeles, California 90017-3543
   Phone: (213) 892-5200
   Fax: (213) 892-5454


   Richard S.J. Hung (SBN 197425)
   MORRISON & FOERSTER LLP
   425 Market Street
   San Francisco, California 94105
   Phone: (415) 268-7000
   Fax: (415) 268-7522

   Attorneys for Defendant
   *APPLE INC.*

15

16                  UNITED STATES DISTRICT COURT

17          FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                     OAKLAND COURTHOUSE

19

20

21  MPH TECHNOLOGIES OY,                    CASE NO.  4:18-cv-05935-PJH

22                      Plaintiff,          Judge Phyllis J. Hamilton

23      v.                                  **FIFTH JOINT NOTICE OF STATUS OF
                                            PETITIONS FOR *INTER PARTES***
24                                          **REVIEW**
    APPLE INC.,
25

26                      Defendant.

27

28

1    Pursuant to the Court's April 26, 2019 Order Staying Case Pending IPR and Vacating

2    Hearing (Dkt. No. 49), this case was stayed pending final resolution of the eight inter partes

3    reviews (IPRs) that Apple had filed as of April 26, 2019.  The parties jointly submit this notice to

4    inform the Court of the status of those IPRs that have not yet been finally resolved.  Of the eight

5    IPRs filed, only six were instituted and, thus, those two non-instituted IPRs have been finally

6    resolved.

7         As detailed in the parties' May 11, 2021 notice regarding the status of Apple's IPR petitions

8    (Dkt. No. 55), Apple filed notices of appeal to the Federal Circuit from all six of the instituted

9    IPRs that reached a final written decision (on United States Patent Nos. 7,620,810, 7,937,581,

10   8,037,302, 9,712,494, 9,712,502 and 9,838,362) before the Patent Trial and Appeal Board (PTAB),

11   and Plaintiff MPH Technologies Oy filed notices of cross-appeal from four of those decisions (on

12   United States Patent Nos. 7,620,810, 7,937,581, 9,712,494, and 9,712,502).

13        MPH voluntarily dismissed its cross-appeals in July and August 2021, and the parties

14   completed all briefing on Apple's appeals by October 2021.  Oral arguments were held in

15   December 2021 (Appeal Nos. 2021-1387, Consolidated Appeal Nos. 2021-1355 and 2021-1356)

16   and January 2022 (Consolidated Appeal Nos. 2021-1532, 2021-1533, and 2021-1534). Oral

17   argument on all appeals has been completed.

18        On January 25, 2022, the Federal Circuit issued an opinion and judgment affirming the

19   PTAB's final written decision holding that Apple failed to demonstrate that claims 1-16 of MPH's

20   U.S. Patent No. 8,037,302 are unpatentable (Appeal No. 2021-1387).  The parties are still awaiting

21   decisions from the Federal Circuit on the remaining pending appeals.

22

23

24

25

26

27

28

1    Dated: March 1, 2022                    Respectfully submitted,

2                                            */s/ Ashley E. LaValley*

3                                            Attorneys for Plaintiff
                                             *MPH TECHNOLOGIES OY*
4
5                                            Patricia L. Peden, Esq. (SBN 206440)
                                             BURKE, WILLIAMS & SORENSEN, LLP
6                                            Christopher J. Lee (*pro hac vice*)
7                                            David J. Sheikh (*pro hac vice*)
                                             Richard B. Megley, Jr. (*pro hac vice*)
8                                            Brian E. Haan (*pro hac vice*)
                                             Ashley E. LaValley (*pro hac vice*)
9                                            Dragan Gjorgiev (*pro hac vice*)
                                             LEE SHEIKH MEGLEY & HAAN LLC
10
11
12   Dated:  March 1, 2022                   Respectfully submitted,

13                                           */s/ Bita Rahebi*

14                                           Attorneys for Defendant
                                             *APPLE INC*.
15
16                                           Bita Rahebi (SBN 209351)
                                             BRahebi@mofo.com
17                                           MORRISON & FOERSTER LLP
                                             707 Wilshire Boulevard
18                                           Los Angeles, California  90017-3543
                                             Telephone: 213.892.5200
19                                           Facsimile:  213.892.5454

20                                           Richard S.J. Hung (SBN 197425)
                                             RHung@mofo.com
21                                           MORRISON & FOERSTER LLP
                                             425 Market Street
22                                           San Francisco, California  94105-2482
                                             Telephone: 415.268.7000
23                                           Facsimile:  415.268.7522
24
25
26
27
28

1

**ATTESTATION CLAUSE**

2

3

4

I, Ashley E. LaValley, am the ECF user whose identification and password are being used in this filing.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Bita Rahebi of Morrison & Foerster LLP has concurred in the filing of this document.

5

6

Dated:  March 1, 2022                                                        */s/  Ashley E. LaValley*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28