Patricia L. Peden, Esq. (SBN 206440)
ppeden@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612
Phone: (510) 273.8780
Fax: (510) 839.9104

Christopher J. Lee (*pro hac vice*)
clee@leesheikh.com
David J. Sheikh (*pro hac vice*)
dsheikh@leesheikh.com
Brian E. Haan (*pro hac vice*)
bhaan@leesheikh.com
Ashley E. LaValley (*pro hac vice*)
alavalley@leesheikh.com
Dragan Gjorgiev (*pro hac vice*)
dgjorgiev@leesheikh.com
James D. Mitchell (*pro hac vice*)
LEE SHEIKH & HAAN LLC
111 West Jackson Boulevard, Suite 2230
Chicago, IL 60604
Phone: (312) 982-0070
Fax: (312) 982-0071

Attorneys for Plaintiff
*MPH TECHNOLOGIES OY*

Bita Rahebi (SBN 209351)
brahebi@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Phone: (213) 892-5200
Fax: (213) 892-5454

Richard S.J. Hung (SBN 197425)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Phone: (415) 268-7000
Fax: (415) 268-7522

Attorneys for Defendant
*APPLE INC.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND COURTHOUSE

| | |
|---|---|
| MPH TECHNOLOGIES OY,<br><br>            Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>            Defendant. | CASE NO. 4:18-cv-05935-PJH<br><br>Judge Phyllis J. Hamilton<br><br>**SEVENTH JOINT NOTICE OF STATUS OF PETITIONS FOR *INTER PARTES* REVIEW** |

Pursuant to the Court's April 26, 2019, Order Staying Case Pending IPR and Vacating Hearing (Dkt. No. 49), this case was stayed pending final resolution of eight *inter partes* reviews (IPRs) filed by Apple. The parties jointly submit this notice to update the Court on the status of the IPRs.

Since the submission of the parties' Sixth Joint Notice of Status of Petitions for *Inter Partes* Review (Dkt. No. 61) on June 9, 2022, the Federal Circuit has issued an opinion and judgment in Consolidated Appeal Nos. 2021-1355 and 2021-1356. In its opinion, the Federal Circuit affirmed the Patent Trial and Appeal Board's ("PTAB") final written decision holding that Apple failed to show that claims 6-8 of U.S. Patent No. 7,937,581 (the "'581 patent") are obvious. The Federal Circuit vacated the PTAB's patentability determinations for claim 4 of the '581 patent and claims 1-6 of the 7,620,810 (the "'810 patent") based on its finding that the PTAB erroneously construed the claim term "encrypted" for both patents and remanded for further consideration. Following the Federal Circuit's opinion, MPH disclaimed claim 4 of the '581 patent and claims 1-3 of the '810 patent.

Pursuant to an agreement of the parties reached in connection with MPH's forthcoming motion to lift the stay to resume the litigation before this Court, the parties are concurrently filing a joint stipulation as to the following:

- MPH dismisses all claims of alleged infringement of the '810 patent in the above-captioned action (including without limitation Count VI of MPH's Complaint, ECF No. 1) with prejudice and agrees (on behalf of itself and any future owners of, exclusive licensees to, or successors-in-interest to any rights in the '810 patent) not to assert the '810 patent against Apple, or against any other entity (including without limitation customers, distributors, manufacturers, and suppliers) for any allegedly infringing activities with respect to any Apple product or service, in the future ("covenant not to assert"); and

- Apple dismisses all counterclaims regarding the '810 patent (including without limitation Counts XI and XII of Apple's Counterclaims, ECF No. 38) without prejudice. Apple agrees not to assert any counterclaims regarding the '810 patent in this action or otherwise file any new challenge to the validity of the claims of the '810 patent in any forum except

in the event that Apple believes in good faith there has been a breach of the covenant not to assert.

- MPH's dismissal of all claims of alleged infringement of the '810 patent has no effect on or consequence as to MPH's remaining patent infringement claims asserting U.S. Patent No. 7,937,581, U.S. Patent No. 8,346,949, U.S. Patent No. 9,762,397, U.S. Patent No. 8,037,302, U.S. Patent No. 9,712,494, U.S. Patent No. 9,712,502, and U.S. Patent No. 9,838,362.  Nor does its dismissal constitute any admission with respect to the merit or lack of merit of MPH's patent infringement claims in this litigation.

MPH intends to move to lift the stay to resume the litigation before this Court.  Apple does not oppose MPH's motion.

| | | |
|---|---|---|
| 1 | Dated: January 9, 2023 | Respectfully submitted, |
| 2 | | /s/ Ashley E. LaValley |

Attorneys for Plaintiff
*MPH TECHNOLOGIES OY*

Patricia L. Peden, Esq. (SBN 206440)
BURKE, WILLIAMS & SORENSEN, LLP

Christopher J. Lee (*pro hac vice*)
David J. Sheikh (*pro hac vice*)
Brian E. Haan (*pro hac vice*)
Ashley E. LaValley (*pro hac vice*)
Dragan Gjorgiev (*pro hac vice*)
James D. Mitchell (*pro hac vice*)
LEE SHEIKH & HAAN LLC


Dated:  January 9, 2023                    Respectfully submitted,

/s/  Bita Rahebi (with permission)

Attorneys for Defendant
*APPLE INC.*

Bita Rahebi (SBN 209351)
BRahebi@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile:  213.892.5454

Richard S.J. Hung (SBN 197425)
RHung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile:  415.268.7522

**ATTESTATION CLAUSE**

I, Ashley E. LaValley, am the ECF user whose identification and password are being used in this filing.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Bita Rahebi of Morrison & Foerster LLP has concurred in the filing of this document.

Dated:  January 9, 2023                                         */s/ Ashley E. LaValley*