UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MPH TECHNOLOGIES OY,

       Plaintiff,

      v.

APPLE, INC.,

       Defendant.

Case No. 18-cv-05935-PJH

**ORDER OF RECUSAL**

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, in senior status and having elected to decline patent cases, hereby recuse myself from this case with directions to the Clerk to randomly reassign it to another district judge.

All pending dates are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated:  January 13, 2023

                         /s/ *Phyllis J. Hamilton*
                        PHYLLIS J. HAMILTON
                        United States District Judge

United States District Court
Northern District of California