UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MPH TECHNOLOGIES OY,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE, INC.,<br><br>        Defendant. | Case No.  18-cv-05935-TLT<br><br>**ORDER REGARDING MOTION TO LIFT STAY**<br><br>Re: ECF Nos. 66, 69 |

On January 13, 2023, Plaintiffs MPH Technologies Oy ("Plaintiff") filed a "Unopposed Motion to Lift Stay." *See* ECF Nos. 66, 69.  Plaintiff represents that the motion is "unopposed." ECF No. 66 at 2:13 ("('Apple') has agreed not to oppose this motion.").  However, to ensure a clear record, the Court hereby **ORDERS** that Defendant Apple Inc. shall file a statement of non-opposition to the motion (or any opposition to the motion) by no later than January 27, 2023, and any reply brief shall be filed by no later than February 3, 2023.

An initial case management conference is set for April 6, 2023, at 2:00 p.m.  The parties shall file a joint case management conference statement by March 30, 2023.

**IT IS SO ORDERED.**

Dated: January 19, 2023

TRINA L. THOMPSON
United States District Judge