# **<u>EXHIBIT A</u>**

1  Patricia L. Peden, Esq. (SBN 206440)
   ppeden@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   1999 Harrison Street, Suite 1650
3  Oakland, CA 94612
   Phone: (510) 273.8780
4  Fax: (510) 839.9104

5  Christopher J. Lee (*pro hac vice*)
   clee@leesheikh.com
6  David J. Sheikh (*pro hac vice*)
   dsheikh@leesheikh.com
7  Brian E. Haan (*pro hac vice*)
   bhaan@leesheikh.com
8  Ashley E. LaValley (*pro hac vice*)
   alavalley@leesheikh.com
9  Dragan Gjorgiev (*pro hac vice*)
   dgjorgiev@leesheikh.com
10 James D. Mitchell (*pro hac vice*)
   jmitchell@leesheikh.com
11 LEE SHEIKH & HAAN LLC
   125 South Clark Street, Suite 1175
12 Chicago, IL 60603
   Phone: (312) 982-0070
13 Fax: (312) 982-0071

14 Attorneys for Plaintiff
   *MPH TECHNOLOGIES OY*

15

16          IN THE UNITED STATES DISTRICT COURT
17       FOR THE NORTHERN DISTRICT OF CALIFORNIA

18              SAN FRANCISCO DIVISION

19 | MPH TECHNOLOGIES OY, | Civil Action No.  3:18-cv-05935-TLT |
|---|---|
20 | Plaintiff, | Judge Trina L. Thompson |
21 | v. | **PLAINTIFF'S PATENT L.R. 3.1** |
22 | APPLE INC., | **DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS** |
23 | Defendant. | |

24

25

26

27

28

Plaintiff MPH Technologies Oy ("MPH") hereby provides the following Disclosure of Asserted Claims and Infringement Contentions to Defendant Apple, Inc. ("Apple") pursuant to Patent Local Rules 3-1 and 3-2.

These contentions are based on MPH's current understanding of the claims of the asserted patents and information known to it at this time (May 15, 2023) without the benefit of information to be produced by Apple pursuant to MPH's discovery requests served on May 1, 2023. MPH reserves all rights to supplement and/or amend its contentions pursuant to the Federal Rules of Civil Procedure, Orders of the Court, and Patent Local Rule 3-6, including based on any claim constructions by the Court that differ from those proposed by MPH and/or the discovery of nonpublic information regarding the accused instrumentalities.

## I.   Patent Local Rule 3-1 Disclosures

### A.   Identification of Infringed Claims of the Patents-In-Suit

| Asserted Patent | Asserted Claims | Applicable Subsections of 35 U.S.C. § 271 |
|---|---|---|
| U.S. Patent No. 8,346,949 B2 ("'949 Patent") | Claims 1, 3, 9, 11, 12, 13, and 28 | 35 U.S.C. § 271(a) |
| U.S. Patent No. 9,762,397 B2 ("'397 Patent") | Claim 1 | 35 U.S.C. § 271(a) |
| U.S. Patent No. 9,712,494 B2 ("'494 Patent") | Claims 2, 4, 9, and 11 | 35 U.S.C. § 271(a) |
| U.S. Patent No. 9,712,502 B2 ("'502 Patent") | Claims 7–9 | 35 U.S.C. § 271(a)-(c) |
| U.S. Patent No. 9,838,362 B2 ("'362 Patent") | Claims 3, 5, 10, 12-14, and 16 | 35 U.S.C. § 271(a) |
| U.S. Patent No. 7,937,581 B2 ("'581 Patent") | Claims 6–8 | 35 U.S.C. § 271(b)-(c) |
| U.S. Patent No. 8,037,302 B2 ("'302 Patent") | Claims 1–6, 9–11, 13, and 16 | 35 U.S.C. § 271(a)-(c) |

B.      **Identification of Accused Instrumentalities**

        1.      **'949 Patent**

The Apple devices that infringe the '949 Patent ("**Accused '949 Instrumentalities**") are the following Apple devices, servers, and associated software that support and enable Apple's iMessage and FaceTime services, as well as Handoff, Universal Clipboard, iPhone Cellular Call Relay, iPhone Text Message Forwarding, and encryption for Apple Watch apps with streaming data:

(a) Apple iOS devices that support and include iOS 8, iOS 9, iOS 10, iOS 11, iOS 12, iOS 13, iOS 14, iOS 15, iOS 16, iPadOS 13, iPadOS 14, iPadOS 15, or iPadOS 16, including iPhone models 4S (A1431, A1387), 5 (A1428, A1429, A1442), 5C (A1456, A1507, A1516, A1529, A1532), 5S (A1453, A1457, A1518, A1528, A1530, A1533), 6 (A1549, A1586, A1589), 6 Plus (A1522, A1524, A1593), 6S (A1633, A1688, A1700), 6S Plus (A1634, A1687, A1699), SE (A1723, A1662, A1724), 7 (A1660, A1778), 7 Plus (A1661, A1784), 8 (A1863, A1905), 8Plus (A1864, A1897), X (A1865, A1901), XR (A1984, A2105, A2107), XS (A1920, A2097, A2099), XS Max (A1921, A2101, A2103), 11 (A2111), 11 Pro Max (A2161), 11 Pro (A2160), SE (2nd generation) (A2275), 12 mini (A2176), 12 (A2172), 12 Pro (A2341), 12 Pro Max (A2342), 13 mini (A2481), 13 (A2482), 13 Pro (A2483), 13 Pro Max (A2484), SE (3rd generation) (A2595), 14 (A2649), 14 Pro (A2650), 14 Pro Max (A2651), and iPhone 14 Plus (A2632); iPad models iPad 2 (A1395, A1397, A1396), iPad (2012) 3rd generation (A1416, A1430, A1403), iPad (2012) 4th generation (A1458, A1459, A1460), iPad (2017)/5th generation (A1822, A1823), iPad (2018)/6th generation (A1893, A1954), iPad 7th generation (A2197, A2200, A2198), iPad 8th generation (A2270, A2428, A2429, A2430), iPad 9th generation (A2602, A2603, A2604), iPad 10th Generation (A2696, A2757), iPad Air (A1474, A1475, A1476), iPad Air 2 (A1566, A1567), iPad Air 3rd generation (A2152, A2123, A2153), iPad Air 4th generation (A2316, A2324, A2325, A2072), iPad Air 5th generation (A2588, A2589, A2591), iPad Mini (A1432,

A1454, A1455), iPad Mini 2 (A1489, A1490, A1491), iPad Mini 3 (A1599, A1600), iPad Mini 4 (A1538, A1550), iPad Mini 5th generation (A2133, A2124, A2126), iPad Mini 6th generation (A2567, A2568), iPad Pro 9.7" (A1673, A1674, A1675), iPad Pro 10.5" (A1701, A1709), iPad Pro 12.9" (A1584, A1652), iPad Pro 12.9" 2nd generation (A1670, A1671), iPad Pro 11" (A1980, A2013, A1934), iPad Pro 12.9" 3rd generation (A1876, A2014, A1895), iPad Pro 11" 2nd generation (A2228, A2068, A2230), iPad Pro 12.9" 4th generation (A2229, A2069, A2232), iPad Pro 11" 3rd generation (A2377, A2459, A2301), iPad Pro 12.9" 5th generation (A2378, A2461, A2379), iPad Pro 11" 4th Generation (A2435, A2759, A2761), and iPad Pro 12.9" 6th Generation (A2436, A2437, A2764); iPod Touch 5th generation (A1509, A1421), iPod Touch 6th generation (A1574) and iPod Touch 7th generation (A2178);

(b) Apple macOS/OS X Products that support and include OS X Yosemite, OS X El Capitan, macOS Sierra, macOS High Sierra, macOS Mojave, macOS Catalina, macOS Big Sur, macOS Monterey, or macOS Ventura. The supported devices include MacBook (MacBook5,2 (MB881, MC240, A1278); MacBook6,1 (A1342); MacBook7,1 (A1342); MacBook8,1 (A1534); MacBook 9,1 (A1534); MacBook 10,1 (A1534)), MacBook Air (MacBookAir2,1 (A1304); MacBookAir3,1 (A1370); MacBookAir3,2 (A1369); MacBookAir4,1 (A1370); MacBookAir4,2 (A1369); MacBookAir5,1 (A1465); MacBookAir5,2 (A1466); MacBookAir6,1 (A1465); MacBookAir6,2 (A1466); MacBookAir7,1 (A1465); MacBookAir7,2 (A1466); MacBookAir8,1 (A1932); MacBookAir8,2 (A1932); MacBookAir9,1 (A2179); MacBookAir10,1 (A2337); Mac14,2 (A2681)), MacBook Pro (MacBookPro3,1 (A1226, A1229); MacBookPro4,1 (A1260, A1261); MacBookPro5,1 (A1286); MacBookPro5,2 (A1297); MacBookPro5,3 (A1286); MacBookPro5,5 (A1278); MacBookPro6,1 (A1297); MacBookPro6,2 (A1286); MacBookPro7,1 (A1278); MacBookPro8,1 (A1278); MacBookPro8,2 (A1286); MacBookPro8,3 (A1297); MacBookPro9,1 (A1286); MacBookPro9,2 (A1278); MacBookPro10,1 (A1398);

MacBookPro10,2 (A1425); MacBookPro11,1 (A1502); MacBookPro11,2 (A1398); MacBookPro11,3 (A1398); MacBookPro11,4 (A1502, A1398); MacBookPro11,5 (A1502, A1398); MacBookPro12,1 (A1502, A1398); MacBookPro13,1 (A1708); MacBookPro13,2 (A1706); MacBookPro13,3 (A1707); MacBookPro14,1 (A1708); MacBookPro14,2 (A1706); MacBookPro14,3 (A1707); MacBookPro15,1 (A1990); MacBookPro15,2 (A1989); MacBookPro15,3 (A1990); MacBookPro15,4 (A2159); MacBookPro16,1 (A2141); MacBookPro16,2 (A2251); MacBookPro16,3 (A2289); MacBookPro16,4 (A2141); MacBookPro17,1 (A2338); MacBookPro18,1 (A2485); MacBookPro18,2 (A2485); MacBookPro18,3 (A2442); MacBookPro18,4 (A2442); Mac14,7 (A2338); Mac14,5 (A2779); Mac14,6 (A2780); Mac14,9 (A2779); Mac14,10 (A2780)), Mac Mini (MacMini3,1 (A1283); MacMini4,1 (A1347); MacMini5,1 (A1347); MacMini5,2 (A1347); MacMini6,1 (A1347); MacMini6,2 (A1347); MacMini7,1 (A1347); MacMini8,1 (A1993); MacMini9,1 (A2348); Mac14,3 (A2686); Mac14,12 (A2816)), iMac (iMac7,1 (A1224, 1225); iMac8,1 (A1224, A1225); iMac9,1 (A1224, A1225); iMac10,1 (A1311, A1312); iMac11,1 (A1312); iMac11,2 (A1311); iMac11,3 (A1312); iMac12,1 (A2428, A2496); iMac12,2 (A2429); iMac13,1 (A1418); iMac13,2 (A1419); iMac14,1 (A1418); iMac14,2 (A1419); iMac14,3 (A1418); iMac14,4 (A1418); iMac15,1 (A1419); iMac16,1 (A1418); iMac16,2 (A1418); iMac17,1 (A1419); iMac18,1 (A1418); iMac18,2 (A1418); iMac18,3 (A1419); iMac19,1 (A2115); iMac19,2 (A2116); iMac20,1 (A2115); iMac20,2 (A2115); iMac21,1 (A2438); iMac21,2 (A2349)), Mac Pro (MacPro3,1 (A1186); MacPro4,1 (A1289); MacPro5,1 (A1289); MacPro6,1 (A1481); MacPro7,1 (A1991, A2304)), iMac Pro (iMacPro1,1 (A1862)), and Mac Studio (Mac13,1 (A2615); Mac13,2 (A2615));

(c) The Apple intermediate servers and associated software that support and enable Apple's iMessage and FaceTime services, as well as Handoff, Universal Clipboard, iPhone Cellular Call Relay, iPhone Text Message Forwarding, and encryption for

Apple Watch apps with streaming data. Based on presently available material, these servers include those supporting and enabling Apple's Push Notification service ("APNs"), which Apple's patent documentation describes as message servers. Based on Apple's publicly available documentation, other servers that support and enable the APNs include the Apple Identity Service ("IDS") servers.

(d) Apple Watches that support and include Watch OS 2.0, 3.0, 4.0, 5.0, 6.0, 7.0, 8.0 or 9.0 operating systems, namely, Apple Watch (1st generation) (A1553, A1554), Apple Watch Series 1 (A1802, A1803), Apple Watch Series 2 (A1757, A1758), Apple Watch Series 3 (A1858, A1859, A1860, A1861), Apple Watch Series 4 (A1977, A1978, A1975, A1976), Apple Watch Series 5 (A2092, A2093, A2094, A2095), Apple Watch SE (A2351, A2352, A2353, A2354), Apple Watch Series 6 (A2291, A2292, A2293, A2294), Apple Watch Series 7 (A2473, A2474, A2475, A2477), Apple Watch SE (2nd Generation) (A2722, A2723, A2726, A2727), Apple Watch Series 8 (A2770, A2771, A2772, A2774), and Apple Watch Ultra (A2622).

The Accused '949 Instrumentalities have also been identified in the corresponding claim chart, which is attached hereto as Exhibit A.

### 2. '397 Patent

The Apple devices that infringe the '397 Patent ("**Accused '397 Instrumentalities**") are the following Apple devices, servers, and associated software that support and enable Apple's iMessage and FaceTime services, as well as Handoff, Universal Clipboard, iPhone Cellular Call Relay, iPhone Text Message Forwarding, and encryption for Apple Watch apps with streaming data:

(a) Apple iOS devices that support and include iOS 8, iOS 9, iOS 10, iOS 11, iOS 12, iOS 13, iOS 14, iOS 15, iOS 16, iPadOS 13, iPadOS 14, iPadOS15, or iPadOS 16, including iPhone models 4S (A1431, A1387), 5 (A1428, A1429, A1442), 5C (A1456, A1507, A1516, A1529, A1532), 5S (A1453, A1457, A1518, A1528, A1530, A1533), 6 (A1549, A1586, A1589), 6 Plus (A1522, A1524, A1593), 6S (A1633, A1688, A1700),

6S Plus (A1634, A1687, A1699), SE (A1723, A1662, A1724), 7 (A1660, A1778), 7 Plus (A1661, A1784), 8 (A1863, A1905), 8Plus (A1864, A1897), X (A1865, A1901), XR (A1984, A2105, A2107), XS (A1920, A2097, A2099), XS Max (A1921, A2101, A2103), 11 (A2111), 11 Pro Max (A2161), 11 Pro (A2160), SE (2nd generation) (A2275), 12 mini (A2176), 12 (A2172), 12 Pro (A2341), 12 Pro Max (A2342), 13 mini (A2481), 13 (A2482), 13 Pro (A2483), 13 Pro Max (A2484), SE (3rd generation) (A2595), 14 (A2649), 14 Pro (A2650), 14 Pro Max (A2651), and iPhone 14 Plus (A2632); iPad models iPad 2 (A1395, A1397, A1396), iPad (2012) 3rd generation (A1416, A1430, A1403), iPad (2012) 4th generation (A1458, A1459, A1460), iPad (2017)/5th generation (A1822, A1823), iPad (2018)/6th generation (A1893, A1954), iPad 7th generation (A2197, A2200, A2198), iPad 8th generation (A2270, A2428, A2429, A2430), iPad 9th generation (A2602, A2603, A2604), iPad 10th Generation (A2696, A2757), iPad Air (A1474, A1475, A1476), iPad Air 2 (A1566, A1567), iPad Air 3rd generation (A2152, A2123, A2153), iPad Air 4th generation (A2316, A2324, A2325, A2072), iPad Air 5th generation (A2588, A2589, A2591), iPad Mini (A1432, A1454, A1455), iPad Mini 2 (A1489, A1490, A1491), iPad Mini 3 (A1599, A1600), iPad Mini 4 (A1538, A1550), iPad Mini 5th generation (A2133, A2124, A2126), iPad Mini 6th generation (A2567, A2568), iPad Pro 9.7" (A1673, A1674, A1675), iPad Pro 10.5" (A1701, A1709), iPad Pro 12.9" (A1584, A1652), iPad Pro 12.9" 2nd generation (A1670, A1671), iPad Pro 11" (A1980, A2013, A1934), iPad Pro 12.9" 3rd generation (A1876, A2014, A1895), iPad Pro 11" 2nd generation (A2228, A2068, A2230), iPad Pro 12.9" 4th generation (A2229, A2069, A2232), iPad Pro 11" 3rd generation (A2377, A2459, A2301), iPad Pro 12.9" 5th generation (A2378, A2461, A2379), iPad Pro 11" 4th Generation (A2435, A2759, A2761), and iPad Pro 12.9" 6th Generation (A2436, A2437, A2764); iPod Touch 5th generation (A1509, A1421), iPod Touch 6th generation (A1574) and iPod Touch 7th generation (A2178);

(b) Apple macOS/OS X Products that support and include OS X Yosemite, OS X El

Capitan, macOS Sierra, macOS High Sierra, macOS Mojave, macOS Catalina, macOS Big Sur, macOS Monterey, or macOS Ventura. The supported devices include MacBook (MacBook5,2 (MB881, MC240, A1278); MacBook6,1 (A1342); MacBook7,1 (A1342); MacBook8,1 (A1534); MacBook 9,1 (A1534); MacBook 10,1 (A1534)), MacBook Air (MacBookAir2,1 (A1304); MacBookAir3,1 (A1370); MacBookAir3,2 (A1369); MacBookAir4,1 (A1370); MacBookAir4,2 (A1369); MacBookAir5,1 (A1465); MacBookAir5,2 (A1466); MacBookAir6,1 (A1465); MacBookAir6,2 (A1466); MacBookAir7,1 (A1465); MacBookAir7,2 (A1466); MacBookAir8,1 (A1932); MacBookAir8,2 (A1932); MacBookAir9,1 (A2179); MacBookAir10,1 (A2337); Mac14,2 (A2681)), MacBook Pro (MacBookPro3,1 (A1226, A1229); MacBookPro4,1 (A1260, A1261); MacBookPro5,1 (A1286); MacBookPro5,2 (A1297); MacBookPro5,3 (A1286); MacBookPro5,5 (A1278); MacBookPro6,1 (A1297); MacBookPro6,2 (A1286); MacBookPro7,1 (A1278); MacBookPro8,1 (A1278); MacBookPro8,2 (A1286); MacBookPro8,3 (A1297); MacBookPro9,1 (A1286); MacBookPro9,2 (A1278); MacBookPro10,1 (A1398); MacBookPro10,2 (A1425); MacBookPro11,1 (A1502); MacBookPro11,2 (A1398); MacBookPro11,3 (A1398); MacBookPro11,4 (A1502, A1398); MacBookPro11,5 (A1502, A1398); MacBookPro12,1 (A1502, A1398); MacBookPro13,1 (A1708); MacBookPro13,2 (A1706); MacBookPro13,3 (A1707); MacBookPro14,1 (A1708); MacBookPro14,2 (A1706); MacBookPro14,3 (A1707); MacBookPro15,1 (A1990); MacBookPro15,2 (A1989); MacBookPro15,3 (A1990); MacBookPro15,4 (A2159); MacBookPro16,1 (A2141); MacBookPro16,2 (A2251); MacBookPro16,3 (A2289); MacBookPro16,4 (A2141); MacBookPro17,1 (A2338); MacBookPro18,1 (A2485); MacBookPro18,2 (A2485); MacBookPro18,3 (A2442); MacBookPro18,4 (A2442); Mac14,7 (A2338); Mac14,5 (A2779); Mac14,6 (A2780); Mac14,9(A2779); Mac14,10 (A2780)), Mac Mini (MacMini3,1 (A1283); MacMini4,1 (A1347); MacMini5,1 (A1347); MacMini5,2 (A1347); MacMini6,1 (A1347); MacMini6,2 (A1347);

MacMini7,1 (A1347); MacMini8,1 (A1993); MacMini9,1 (A2348); Mac14,3 (A2686); Mac14,12 (A2816)), iMac (iMac7,1 (A1224, 1225); iMac8,1 (A1224, A1225); iMac9,1 (A1224, A1225); iMac10,1 (A1311, A1312); iMac11,1 (A1312); iMac11,2 (A1311); iMac11,3 (A1312); iMac12,1 (A2428, A2496); iMac12,2 (A2429); iMac13,1 (A1418; iMac13,2 (A1419); iMac14,1 (A1418); iMac14,2 (A1419); iMac14,3 (A1418); iMac14,4 (A1418); iMac15,1 (A1419); iMac16,1 (A1418); iMac16,2 (A1418); iMac17,1 (A1419); iMac18,1 (A1418); iMac18,2 (A1418); iMac18,3 (A1419); iMac19,1 (A2115); iMac19,2 (A2116); iMac20,1 (A2115); iMac20,2 (A2115); iMac21,1 (A2438); iMac21,2 (A2349)), Mac Pro (MacPro3,1 (A1186); MacPro4,1 (A1289); MacPro5,1 (A1289); MacPro6,1 (A1481); MacPro7,1 (A1991, A2304)), iMac Pro (iMacPro1,1 (A1862)) and Mac Studio (Mac13,1 (A2615); Mac13,2 (A2615));

(c) The Apple intermediate servers and associated software that support and enable Apple's iMessage and FaceTime services, as well as Handoff, Universal Clipboard, iPhone Cellular Call Relay, iPhone Text Message Forwarding, and encryption for Apple Watch apps with streaming data. Based on presently available material, these servers include those supporting and enabling Apple's Push Notification service ("APNs"), which Apple's patent documentation describes as message servers. Based on Apple's publicly available documentation, other servers that support and enable the APNs include the Apple Identity Service ("IDS") servers.

(d) Apple Watches that support and include Watch OS 2.0, 3.0, 4.0, 5.0, 6.0, 7.0, 8.0 or 9.0 operating systems, namely, Apple Watch (1st generation) (A1553, A1554), Apple Watch Series 1 (A1802, A1803), Apple Watch Series 2 (A1757, A1758), Apple Watch Series 3 (A1858, A1859, A1860, A1861), Apple Watch Series 4 (A1977, A1978, A1975, A1976), Apple Watch Series 5 (A2092, A2093, A2094, A2095), Apple Watch SE (A2351, A2352, A2353, A2354), Apple Watch Series 6 (A2291, A2292, A2293, A2294), Apple Watch Series 7 (A2473, A2474, A2475, A2477), Apple Watch SE (2nd

Generation) (A2722, A2723, A2726, A2727), Apple Watch Series 8 (A2770, A2771, A2772, A2774), and Apple Watch Ultra (A2622).

The Accused '397 Instrumentalities have also been identified in the corresponding claim chart, which is attached hereto as Exhibit B.

### 3.  '494 Patent

The Apple devices that infringe the '494 Patent ("Accused '494 Instrumentalities") are the Apple servers and associated software that support and enable Apple's iMessage and FaceTime services, as well as Handoff, Universal Clipboard, iPhone Cellular Call Relay, iPhone Text Message Forwarding, and encryption for Apple Watch apps with streaming data. Based on presently available material, these servers include those supporting and enabling Apple's Push Notification service ("APNs"), which Apple's patent documentation describes as message servers. Based on Apple's publicly available documentation, other servers that support and enable the APNs include the Apple Identity Service ("IDS") servers.

The Accused '494 Instrumentalities have also been identified in the corresponding claim chart, which is attached hereto as Exhibit C.

### 4.  '502 Patent

The Apple devices that infringe the '502 Patent ("**Accused '502 Instrumentalities**") are the following Apple devices and associated software that support and enable Apple's iMessage and FaceTime services, as well as Handoff, Universal Clipboard, iPhone Cellular Call Relay, iPhone Text Message Forwarding, and encryption for Apple Watch apps with streaming data:

(a) Apple iOS devices that support and include iOS 8, iOS 9, iOS 10, iOS 11, iOS 12, iOS 13, iOS 14, iOS 15, iOS 16, iPadOS 13, iPadOS 14, iPadOS 15, or iPadOS 16, including iPhone models 4S (A1431, A1387), 5 (A1428, A1429, A1442), 5C (A1456, A1507, A1516, A1529, A1532), 5S (A1453, A1457, A1518, A1528, A1530, A1533), 6 (A1549, A1586, A1589), 6 Plus (A1522, A1524, A1593), 6S (A1633, A1688, A1700), 6S Plus (A1634, A1687, A1699), SE (A1723, A1662, A1724), 7 (A1660, A1778), 7 Plus (A1661, A1784), 8 (A1863, A1905), 8Plus (A1864, A1897), X (A1865,

A1901), XR (A1984, A2105, A2107), XS (A1920, A2097, A2099), XS Max (A1921, A2101, A2103), 11 (A2111), 11 Pro Max (A2161), 11 Pro (A2160), SE (2nd generation) (A2275), 12 mini (A2176), 12 (A2172), 12 Pro (A2341), 12 Pro Max (A2342), 13 mini (A2481), 13 (A2482), 13 Pro (A2483), 13 Pro Max (A2484), SE (3rd generation) (A2595), 14 (A2649), 14 Pro (A2650), 14 Pro Max (A2651), and iPhone 14 Plus (A2632); iPad models iPad 2 (A1395, A1397, A1396), iPad (2012) 3rd generation (A1416, A1430, A1403), iPad (2012) 4th generation (A1458, A1459, A1460), iPad (2017)/5th generation (A1822, A1823), iPad (2018)/6th generation (A1893, A1954), iPad 7th generation (A2197, A2200, A2198), iPad 8th generation (A2270, A2428, A2429, A2430), iPad 9th generation (A2602, A2603, A2604), iPad 10th generation (A2696, A2757), iPad Air (A1474, A1475, A1476), iPad Air 2 (A1566, A1567), iPad Air 3rd generation (A2152, A2123, A2153), iPad Air 4th generation (A2316, A2324, A2325, A2072), iPad Air 5th generation (A2588, A2589, A2591), iPad Mini (A1432, A1454, A1455), iPad Mini 2 (A1489, A1490, A1491), iPad Mini 3 (A1599, A1600), iPad Mini 4 (A1538, A1550), iPad Mini 5th generation (A2133, A2124, A2126), iPad Mini 6th generation (A2567, A2568), iPad Pro 9.7" (A1673, A1674, A1675), iPad Pro 10.5" (A1701, A1709), iPad Pro 12.9" (A1584, A1652), iPad Pro 12.9" 2nd generation (A1670, A1671), iPad Pro 11" (A1980, A2013, A1934), iPad Pro 12.9" 3rd generation (A1876, A2014, A1895), iPad Pro 11" 2nd generation (A2228, A2068, A2230), iPad Pro 12.9" 4th generation (A2229, A2069, A2232), iPad Pro 11" 3rd generation (A2377, A2459, A2301), iPad Pro 12.9" 5th generation (A2378, A2461, A2379), iPad Pro 11" 4th Generation (A2435, A2759, A2761), and iPad Pro 12.9" 6th Generation (A2436, A2437, A2764); iPod Touch 5th generation (A1509, A1421), iPod Touch 6th generation (A1574) and iPod Touch 7th generation (A2178);

(b) Apple macOS/OS X Products that support and include OS X Yosemite, OS X El Capitan, macOS Sierra, macOS High Sierra, macOS Mojave, macOS Catalina, macOS Big Sur, macOS Monterey, or macOS Ventura.   The supported devices include

MacBook (MacBook5,2 (MB881, MC240, A1278); MacBook6,1 (A1342); MacBook7,1 (A1342); MacBook8,1 (A1534); MacBook 9,1 (A1534); MacBook 10,1 (A1534)), MacBook Air (MacBookAir2,1 (A1304); MacBookAir3,1 (A1370); MacBookAir3,2 (A1369); MacBookAir4,1 (A1370); MacBookAir4,2 (A1369); MacBookAir5,1 (A1465); MacBookAir5,2 (A1466); MacBookAir6,1 (A1465); MacBookAir6,2 (A1466); MacBookAir7,1 (A1465); MacBookAir7,2 (A1466); MacBookAir8,1 (A1932); MacBookAir8,2 (A1932); MacBookAir9,1 (A2179); MacBookAir10,1 (A2337); Mac14,2 (A2681)), MacBook Pro (MacBookPro3,1 (A1226, A1229); MacBookPro4,1 (A1260, A1261); MacBookPro5,1 (A1286); MacBookPro5,2 (A1297); MacBookPro5,3 (A1286); MacBookPro5,5 (A1278); MacBookPro6,1 (A1297); MacBookPro6,2 (A1286); MacBookPro7,1 (A1278); MacBookPro8,1 (A1278); MacBookPro8,2 (A1286); MacBookPro8,3 (A1297); MacBookPro9,1 (A1286); MacBookPro9,2 (A1278); MacBookPro10,1 (A1398); MacBookPro10,2 (A1425); MacBookPro11,1 (A1502); MacBookPro11,2 (A1398); MacBookPro11,3 (A1398); MacBookPro11,4 (A1502, A1398); MacBookPro11,5 (A1502, A1398); MacBookPro12,1 (A1502, A1398); MacBookPro13,1 (A1708); MacBookPro13,2 (A1706); MacBookPro13,3 (A1707); MacBookPro14,1 (A1708); MacBookPro14,2 (A1706); MacBookPro14,3 (A1707); MacBookPro15,1 (A1990); MacBookPro15,2 (A1989); MacBookPro15,3 (A1990); MacBookPro15,4 (A2159); MacBookPro16,1 (A2141); MacBookPro16,2 (A2251); MacBookPro16,3 (A2289); MacBookPro16,4 (A2141); MacBookPro17,1 (A2338); MacBookPro18,1 (A2485); MacBookPro18,2 (A2485); MacBookPro18,3 (A2442); MacBookPro18,4 (A2442); Mac14,7 (A2338); Mac14,5 (A2779); Mac14,6 (A2780); Mac14,9 (A2779); Mac14,10 (A2780)), Mac Mini (MacMini3,1 (A1283); MacMini4,1 (A1347); MacMini5,1 (A1347); MacMini5,2 (A1347); MacMini6,1 (A1347); MacMini6,2 (A1347); MacMini7,1 (A1347); MacMini8,1 (A1993); MacMini9,1 (A2348); Mac14,3 (A2686); Mac14,12 (A2816)), iMac (iMac7,1 (A1224, 1225); iMac8,1 (A1224, A1225);

iMac9,1 (A1224, A1225), iMac10,1 (A1311, A1312); iMac11,1 (A1312); iMac11,2 (A1311); iMac11,3 (A1312); iMac12,1 (A2428, A2496); iMac12,2 (A2429); iMac13,1 (A1418); iMac13,2 (A1419); iMac14,1 (A1418); iMac14,2 (A1419); iMac14,3 (A1418); iMac14,4 (A1418); iMac15,1 (A1419); iMac16,1 (A1418); iMac16,2 (A1418); iMac17,1 (A1419); iMac18,1 (A1418); iMac18,2 (A1418); iMac18,3 (A1419); iMac19,1 (A2115); iMac19,2 (A2116); iMac20,1 (A2115); iMac20,2 (A2115); iMac21,1 (A2438); iMac21,2 (A2349)), Mac Pro (MacPro3,1 (A1186); MacPro4,1 (A1289); MacPro5,1 (A1289); MacPro6,1 (A1481); MacPro7,1 (A1991, A2304)), iMac Pro (iMacPro1,1 (A1862)) and Mac Studio (Mac13,1 (A2615); Mac13,2 (A2615));

(c) Apple Watches that support and include Watch OS 2.0, 3.0, 4.0, 5.0, 6.0, 7.0, 8.0, or 9.0 operating systems, namely, Apple Watch (1st generation) (A1553, A1554), Apple Watch Series 1 (A1802, A1803), Apple Watch Series 2 (A1757, A1758), Apple Watch Series 3 (A1858, A1859, A1860, A1861), Apple Watch Series 4 (A1977, A1978, A1975, A1976), Apple Watch Series 5 (A2092, A2093, A2094, A2095), Apple Watch SE (A2351, A2352, A2353, A2354), Apple Watch Series 6 (A2291, A2292, A2293, A2294), Apple Watch Series 7 (A2473, A2474, A2475, A2477) Apple Watch SE (2nd Generation) (A2722, A2723, A2726, A2727), Apple Watch Series 8 (A2770, A2771, A2772, A2774), and Apple Watch Ultra (A2622).

The Accused '502 Instrumentalities have also been identified in the corresponding claim chart, which is attached hereto as Exhibit D.

### 5. '362 Patent

The Apple devices that infringe the '362 Patent ("Accused '362 Instrumentalities") are the Apple servers and associated software that support and enable Apple's iMessage and FaceTime services, as well as Handoff, Universal Clipboard, iPhone Cellular Call Relay, iPhone Text Message Forwarding, and encryption for Apple Watch apps with streaming data. Based on presently available material, these servers include those supporting and enabling Apple's Push

Notification service ("APNs"), which Apple's patent documentation describes as message servers. Based on Apple's publicly available documentation, other servers that support and enable the APNs include the Apple Identity Service ("IDS") servers. The Accused '362 Instrumentalities have also been identified in the corresponding claim chart, which is attached hereto as Exhibit E.

### 6.   '581 Patent

The Apple devices that infringe the '581 Patent ("Accused '581 Instrumentalities") are the following Apple products that provide IKEv2 type VPN and enable MOBIKE (RFC 4555):

(a) Apple iOS devices that support and include iOS 9, iOS 10, iOS 11, iOS 12, iOS 13, iOS 14, iOS 15, iOS 16, iPadOS 13, iPadOS 14, iPadOS 15, or iPadOS 16, including iPhone models 4S (A1431, A1387), 5 (A1428, A1429, A1442), 5C (A1456, A1507, A1516, A1529, A1532), 5S (A1453, A1457, A1518, A1528, A1530, A1533), 6 (A1549, A1586, A1589), 6 Plus (A1522, A1524, A1593), 6S (A1633, A1688, A1700), 6S Plus (A1634, A1687, A1699), SE (A1723, A1662, A1724), 7 (A1660, A1778), 7 Plus (A1661, A1784), 8 (A1863, A1905), 8Plus (A1864, A1897), X (A1865, A1901), XR (A1984, A2105, A2107), XS (A1920, A2097, A2099), XS Max (A1921, A2101, A2103), 11 (A2111), 11 Pro Max (A2161), 11 Pro (A2160), SE (2nd generation) (A2275), 12 mini (A2176), 12 (A2172), 12 Pro (A2341), 12 Pro Max (A2342), 13 mini (A2481), 13 (A2482), 13 Pro (A2483), 13 Pro Max (A2484), SE (3rd generation) (A2595), 14 (A2649), 14 Pro (A2650), 14 Pro Max (A2651); iPad models iPad 2 (A1395, A1397, A1396), iPad (2012) 3rd generation (A1416, A1430, A1403), iPad (2012) 4th generation (A1458, A1459, A1460), iPad (2017)/5th generation (A1822, A1823), iPad (2018)/6th generation (A1893, A1954), iPad 7th generation (A2197, A2200, A2198), iPad 8th generation (A2270, A2428, A2429, A2430), iPad 9th generation (A2602, A2603, A2604), iPad Air (A1474, A1475, A1476), iPad Air 2 (A1566, A1567), iPad Air 3rd generation (A2152, A2123, A2153), iPad Air 4th generation (A2316, A2324, A2325, A2072), iPad Air 5th generation (A2588, A2589, A2591), iPad Mini (A1432, A1454, A1455), iPad Mini 2 (A1489, A1490, A1491), iPad

Mini 3 (A1599, A1600), iPad Mini 4 (A1538, A1550), iPad Mini 5th generation (A2133, A2124, A2126), iPad Mini 6th generation (A2567, A2568), iPad Pro 9.7" (A1673, A1674, A1675), iPad Pro 10.5" (A1701, A1709), iPad Pro 12.9" (A1584, A1652), iPad Pro 12.9" 2nd generation (A1670, A1671), iPad Pro 11" (A1980, A2013, A1934), iPad Pro 12.9" 3rd generation (A1876, A2014, A1895), iPad Pro 11" 2nd generation (A2228, A2068, A2230), iPad Pro 12.9" 4th generation (A2229, A2069, A2232), iPad Pro 11" 3rd generation (A2377, A2459, A2301), iPad Pro 12.9" 5th generation (A2378, A2461, A2379); iPod Touch 5th generation (A1509, A1421), iPod Touch 6th generation (A1574) and iPod Touch 7th generation (A2178); and

(b) Apple macOS/OS X Products that support and include OS X El Capitan, macOS Sierra, macOS High Sierra, macOS Mojave, macOS Catalina, macOS Big Sur, macOS Monterey, or macOS Ventura. The supported devices include MacBook (MacBook5,2 (MB881, MC240, A1278); MacBook6,1 (A1342); MacBook7,1 (A1342); MacBook8,1 (A1534); MacBook 9,1 (A1534); MacBook 10,1 (A1534)), MacBook Air (MacBookAir2,1 (A1304); MacBookAir3,1 (A1370); MacBookAir3,2 (A1369); MacBookAir4,1 (A1370); MacBookAir4,2 (A1369); MacBookAir5,1 (A1465); MacBookAir5,2 (A1466); MacBookAir6,1 (A1465); MacBookAir6,2 (A1466); MacBookAir7,1 (A1465); MacBookAir7,2 (A1466); MacBookAir8,1 (A1932); MacBookAir8,2 (A1932); MacBookAir9,1 (A2179); MacBookAir10,1 (A2337); Mac14,2 (A2681)), MacBook Pro (MacBookPro3,1 (A1226, A1229); MacBookPro4,1 (A1260, A1261); MacBookPro5,1 (A1286); MacBookPro5,2 (A1297); MacBookPro5,3 (A1286); MacBookPro5,5 (A1278); MacBookPro6,1 (A1297); MacBookPro6,2 (A1286); MacBookPro7,1 (A1278); MacBookPro8,1 (A1278); MacBookPro8,2 (A1286); MacBookPro8,3 (A1297); MacBookPro9,1 (A1286); MacBookPro9,2 (A1278); MacBookPro10,1 (A1398); MacBookPro10,2 (A1425); MacBookPro11,1 (A1502); MacBookPro11,2 (A1398); MacBookPro11,3 (A1398); MacBookPro11,4 (A1502, A1398); MacBookPro11,5 (A1502, A1398);

MacBookPro12,1 (A1502, A1398); MacBookPro13,1 (A1708); MacBookPro13,2 (A1706); MacBookPro13,3 (A1707); MacBookPro14,1 (A1708); MacBookPro14,2 (A1706); MacBookPro14,3 (A1707); MacBookPro15,1 (A1990); MacBookPro15,2 (A1989); MacBookPro15,3 (A1990); MacBookPro15,4 (A2159); MacBookPro16,1 (A2141); MacBookPro16,2 (A2251); MacBookPro16,3 (A2289); MacBookPro16,4 (A2141); MacBookPro17,1 (A2338); MacBookPro18,1 (A2485); MacBookPro18,2 (A2485); MacBookPro18,3 (A2442); MacBookPro18,4 (A2442); Mac14,7 (A2338)), Mac Mini (MacMini3,1 (A1283); MacMini4,1 (A1347); MacMini5,1 (A1347); MacMini5,2 (A1347); MacMini6,1 (A1347); MacMini6,2 (A1347); MacMini7,1 (A1347); MacMini8,1 (A1993); MacMini9,1 (A2348)), iMac (iMac7,1 (A1224, 1225); iMac8,1 (A1224, A1225); iMac9,1 (A1224, A1225); iMac10,1 (A1311, A1312); iMac11,1 (A1312); iMac11,2 (A1311); iMac11,3 (A1312); iMac12,1 (A2428, A2496); iMac12,2 (A2429); iMac13,1 (A1418); iMac13,2 (A1419); iMac14,1 (A1418); iMac14,2 (A1419); iMac14,3 (A1418); iMac14,4 (A1418); iMac15,1 (A1419); iMac16,1 (A1418); iMac16,2 (A1418); iMac17,1 (A1419); iMac18,1 (A1418); iMac18,2 (A1418); iMac18,3 (A1419); iMac19,1 (A2115); iMac19,2 (A2116); iMac20,1 (A2115); iMac20,2 (A2115); iMac21,1 (A2438); iMac21,2 (A2349)), Mac Pro (MacPro3,1 (A1186); MacPro4,1 (A1289); MacPro5,1 (A1289); MacPro6,1 (A1481); MacPro7,1 (A1991, A2304)), iMac Pro (iMacPro1,1 (A1862)), and Mac Studio (Mac13,1 (A2615); Mac13,2 (A2615)).

The Accused '581 Instrumentalities have also been identified in the corresponding claim chart, which is attached hereto as Exhibit F.

### 7. '302 Patent

The Apple devices and associated software that infringe the '302 Patent ("**Accused '302 Instrumentalities**") are the following Apple devices and associated software that utilize and enable Apple Always On VPN when used with VPN gateways and VPN servers:

Apple iOS devices that support and include iOS 8, iOS 9, iOS 10, iOS 11, iOS 12, iOS 13, iOS 14, iOS 15, iOS 16, iPadOS 13, iPadOS 14, iPadOS 15, or iPadOS 16, including iPhone models 4S (A1431, A1387), 5 (A1428, A1429, A1442), 5C (A1456, A1507, A1516, A1529, A1532), 5S (A1453, A1457, A1518, A1528, A1530, A1533), 6 (A1549, A1586, A1589), 6 Plus (A1522, A1524, A1593), 6S (A1633, A1688, A1700), 6S Plus (A1634, A1687, A1699), SE (A1723, A1662, A1724), 7 (A1660, A1778), 7 Plus (A1661, A1784), 8 (A1863, A1905), 8Plus (A1864, A1897), X (A1865, A1901), XR (A1984, A2105, A2107), XS (A1920, A2097, A2099), XS Max (A1921, A2101, A2103), 11 (A2111), 11 Pro Max (A2161), 11 Pro (A2160), SE (2nd generation) (A2275), 12 mini (A2176), 12 (A2172), 12 Pro (A2341), 12 Pro Max (A2342), 13 mini (A2481), 13 (A2482), 13 Pro (A2483), 13 Pro Max (A2484), SE (3rd generation) (A2595), 14 (A2649), 14 Pro (A2650), 14 Pro Max (A2651), and iPhone 14 Plus (A2632); iPad models iPad 2 (A1397, 1396), iPad (2012) 3rd generation (A1430, A1403), iPad (2012) 4th generation (A1459, A1460), iPad (2017)/5th generation (A1823), iPad (2018)/6th generation (A1954), iPad 7th generation (A2200, A2198), iPad 8th generation (A2428, A2429, A2430), iPad 9th generation (A2603, A2604), iPad 10th Generation (A2757), iPad Air (A1475, A1476), iPad Air 2 (A1567), iPad Air 3rd generation (A2123, A2153), iPad Air 4th generation (A2324, A2325, A2072), iPad Air 5th generation (A2589, A2591), iPad Mini (A1454, A1455), iPad Mini 2 (A1490, A1491), iPad Mini 3 (A1600), iPad Mini 4 (A1550), iPad Mini 5th generation (A2124, A2126), iPad Mini 6th generation (A2568), iPad Pro 9.7" (A1674, A1675), iPad Pro 10.5" (A1709), iPad Pro 12.9" (A1652), iPad Pro 12.9" 2nd generation (A1671), iPad Pro 11" (A2013, A1934), iPad Pro 12.9" 3rd generation (A2014, A1895), iPad Pro 11" 2nd generation (A2068, A2230), iPad Pro 12.9" 4th generation (A2069, A2232), iPad Pro 11" 3rd generation (A2459, A2301), iPad Pro 12.9" 5th generation (A2461, A2379), iPad Pro 11" 4th Generation (A2435, A2759, A2761), and iPad Pro 12.9" 6th Generation (A2436, A2437, A2764).

The Accused '302 Instrumentalities have also been identified in the corresponding claim chart, which is attached hereto as Exhibit G.

**C.    Claim Charts**

Charts applying the asserted claims to the Accused Instrumentalities are attached as Exhibits A-G as follows:

| Exhibit | Asserted Patent |
|---|---|
| Exhibit A | '949 Patent |
| Exhibit B | '397 Patent |
| Exhibit C | '494 Patent |
| Exhibit D | '502 Patent |
| Exhibit E | '362 Patent |
| Exhibit F | '581 Patent |
| Exhibit G | '302 Patent |

MPH does not contend that any terms are governed by 35 U.S.C. § 112(6).

**D.    Indirect Infringement and Direct Infringement Based on Multiple Parties**

**1.    '949 Patent – Direct infringement based on joint acts of multiple parties**

In addition to infringing the '949 Patent directly based entirely on Apple's own acts, including Apple testing its products and otherwise executing the claimed methods in the course of product development and support, Apple has and continues to directly infringe the '949 Patent based on joint acts of multiple parties. Specifically, Apple has infringed and continues to infringe at least claims 1, 3, 9, 11, 12, 13, and 28 of the '949 Patent under 35 U.S.C. § 271(a) by making, using, and operating within the United States the Accused '949 Instrumentalities that support and enable its iMessage and FaceTime services, as well as Handoff, Universal Clipboard, iPhone Cellular Call Relay, iPhone Text Message Forwarding, and encryption for Apple Watch apps with streaming data, which also use the Apple Push Notification service ("APNs") and Apple Identity

service ("IDS") to support end-to-end encryption, as well as by directing and controlling, and conditioning its customers' and end users' participation and use of, and receipt of the benefits of, iMessage, FaceTime, Handoff, Universal Clipboard, iPhone Cellular Call Relay, iPhone Text Message Forwarding, and encryption for Apple Watch apps with streaming data, upon the performance of steps of claims 1, 3, 9, 11, 12, 13, and 28 of the '949 Patent and establishing the manner and timing of that performance. See attached claim chart.

Apple maintains absolute control over the operation of its iMessage and FaceTime services, as well as Handoff, Universal Clipboard, iPhone Cellular Call Relay, iPhone Text Message Forwarding, and encryption for Apple Watch apps with streaming data, including its operation of the software, servers, and databases that support such services. Users are required to sign up and agree to numerous terms and conditions unilaterally imposed by Apple, including in its user software licenses, account agreements (iTunes/Apple ID), and privacy agreements, in order to use them.

Apple begins its "iOS Software License Agreement" by stating that "BY USING YOUR iPHONE, iPAD or iPOD Touch ("iOS DEVICE"), YOU ARE AGREEING TO BE BOUND BY THE FOLLOWING TERMS." *See* "Apple Inc. iOS Software License Agreement" (www.apple.com/legal/sla/docs/iOS112.pdf); *see also* Apple Inc. Software License Agreement for macOS High Sierra (www.apple.com/legal/sla/docs/macOS1013.pdf); *see also* iOS16 and iPadOS16 "Apple Inc. iOS and iPadOS Software License Agreement"; iOS15 and iPadOS15 "Apple Inc. iOS and iPadOS Software License Agreement"; iOS14 and iPadOS14  "Apple Inc. iOS and iPadOS Software License Agreement"; iOS13 and iPadOS13  "Apple Inc. iOS and iPadOS Software License Agreement"; iOS12 "Apple Inc. iOS Software License Agreement"; iOS10 "Apple Inc. iOS Software License Agreement"; iOS 9 "Apple Inc. iOS Software License Agreement";  iOS 8 "Apple Inc. iOS Software License Agreement;" "Apple Inc. Software License Agreement for macOS Ventura"; "Apple Inc. Software License Agreement for macOS Monterey;" "Apple Inc. Software License Agreement for macOS Big Sur;" "Apple Inc. Software License Agreement for macOS Catalina;" "Apple Inc. Software License Agreement for macOS Mojave;"

"Apple Inc. Software License Agreement for macOS Sierra;" "Apple Inc. Software License Agreement for macOS El Capitan;" "Apple Inc. Software License Agreement for macOS Yosemite;" Apple watchOS Software License Agreement, all available at https://www.apple.com/legal/sla/.

    The Apple iOS Software License Agreement, to which each Apple iOS device user wishing to have access to, receive the benefit of, and use iMessage and FaceTime must agree, also provides:

> The software (including Boot ROM code, embedded software and third party software), documentation, interfaces, content, fonts and any data that came with your iOS Device ("Original iOS Software"), as may be updated or replaced by feature enhancements, software updates or system restore software provided by Apple ("iOS Software Updates"), whether in read only memory, on any other media or in any other form (the Original iOS Software and iOS Software Updates are collectively referred to as the "iOS Software") are licensed, not sold, to you by Apple Inc. ("Apple") for use only under the terms of this License. Apple and its licensors retain ownership of the iOS Software itself and reserve all rights not expressly granted to you. You agree that the terms of this License will apply to any Apple-branded app that may be built-in on your iOS Device, unless such app is accompanied by a separate license, in which case you agree that the terms of that license will govern your use of that app.

*See* "Apple Inc. iOS Software License Agreement" (www.apple.com/legal/sla/docs/iOS112.pdf); *See also* iOS16 and iPadOS16 "Apple Inc. iOS and iPadOS Software License Agreement"; iOS15 and iPadOS15 "Apple Inc. iOS and iPadOS Software License Agreement"; iOS14 and iPadOS14 "Apple Inc. iOS and iPadOS Software License Agreement"; iOS13 and iPadOS13  "Apple Inc. iOS and iPadOS Software License Agreement"; iOS12 "Apple Inc. iOS Software License Agreement"; iOS11 "Apple Inc. iOS Software License Agreement"; iOS10 "Apple Inc. iOS Software License Agreement"; iOS 9 "Apple Inc. iOS Software License Agreement";  iOS 8 "Apple Inc. iOS Software License Agreement"; Apple watchOS Software License Agreement, all available at https://www.apple.com/legal/sla/.

    Similarly, the Apple macOS software license agreement states:

> The Apple software (including Boot ROM code), any third party software, documentation, interfaces, content, fonts and any data accompanying this License whether preinstalled on Apple-branded hardware, on disk, in read only memory, on any other media or in any other form (collectively the "Apple Software") are licensed, not sold, to you by Apple Inc. ("Apple") for use only under the terms of

this License. Apple and/or Apple's licensors retain ownership of the Apple Software itself and reserve all rights not expressly granted to you. You agree that the terms of this License will apply to any Apple-branded application software product that may be preinstalled on your Apple-branded hardware, unless such product is accompanied by a separate license, in which case you agree that the terms of that license will govern your use of that product.

*See also* Apple Inc. Software License Agreement for macOS High Sierra (www.apple.com/legal/sla/docs/macOS1013.pdf); "Apple Inc. Software License Agreement for macOS Ventura"; "Apple Inc. Software License Agreement for macOS Monterey;" "Apple Inc. Software License Agreement for macOS Big Sur;" "Apple Inc. Software License Agreement for macOS Catalina;" "Apple Inc. Software License Agreement for macOS Mojave;" "Apple Inc. Software License Agreement for macOS Sierra;" "Apple Inc. Software License Agreement for macOS El Capitan;" "Apple Inc. Software License Agreement for macOS Yosemite;" all available at https://www.apple.com/legal/sla/.

Additionally, Apple requires each user of iMessage and FaceTime to register and obtain an Apple ID as a prerequisite to using these services. Prior to using the services, each user must first log in and then provide and allow Apple to access, store, and use the user's unique identifier. These requirements are set forth in Apple's software license agreements for both iOS and macOS:

Use of the App Store requires a unique user name and password combination, known as an Apple ID. An Apple ID is also required to access app updates and certain features of the iOS Software and Services.

\* \* \*

Consent to Use of Data. When you use your device, your phone number and certain unique identifiers for your iOS Device are sent to Apple in order to allow others to reach you by your phone number when using various communication features of the iOS Software, such as iMessage and FaceTime. When you use iMessage, Apple may hold your messages in encrypted form for a limited period of time in order to ensure their delivery.

\* \* \*

By using this software in connection with an Apple ID, or other Apple Service, you agree to the applicable terms of service for that Service, such as the latest Apple Media Services Terms and Conditions for the country in which you access such Services, which you may access and review at http://www.apple.com/legal/internet-services/itunes/ww/.

"Apple Inc. iOS Software License Agreement" (www.apple.com/legal/sla/docs/iOS112.pdf); *see also* Apple Inc. Software License Agreement for macOS High Sierra (www.apple.com/legal/sla/docs/macOS1013.pdf); iOS16 and iPadOS16 "Apple Inc. iOS and iPadOS Software License Agreement"; iOS15 and iPadOS15 "Apple Inc. iOS and iPadOS Software License Agreement"; iOS14 and iPadOS14  "Apple Inc. iOS and iPadOS Software License Agreement"; iOS13 and iPadOS13  "Apple Inc. iOS and iPadOS Software License Agreement"; iOS12 "Apple Inc. iOS Software License Agreement"; iOS10 "Apple Inc. iOS Software License Agreement"; iOS 9 "Apple Inc. iOS Software License Agreement";  iOS 8 "Apple Inc. iOS Software License Agreement;" "Apple Inc. Software License Agreement for macOS Ventura"; "Apple Inc. Software License Agreement for macOS Monterey;" "Apple Inc. Software License Agreement for macOS Big Sur;" "Apple Inc. Software License Agreement for macOS Catalina;" "Apple Inc. Software License Agreement for macOS Mojave;" "Apple Inc. Software License Agreement for macOS Sierra;" "Apple Inc. Software License Agreement for macOS El Capitan;" "Apple Inc. Software License Agreement for macOS Yosemite;" all available at https://www.apple.com/legal/sla/.

Apple further requires end users to provide personal information and other identifying information to access services provided by Apple, including the iMessage and FaceTime services, and to receive benefits from such services:

> Personal information is data that can be used to identify or contact a single person. You may be asked to provide your personal information anytime you are in contact with Apple or an Apple affiliated company. Apple and its affiliates may share this personal information with each other and use it consistent with this Privacy Policy. They may also combine it with other information to provide and improve our products, services, content, and advertising. You are not required to provide the personal information that we have requested, but, if you chose not to do so, in many cases we will not be able to provide you with our products or services or respond to any queries you may have.
>
>         \*   \*   \*
>
> We may collect information such as occupation, language, zip code, area code, unique device identifier, referrer URL, location, and the time zone where an Apple product is used so that we can better understand customer behavior and improve our products, services, and advertising.

1   https://www.apple.com/privacy/privacy-policy/ (accessed in 2018); *see also* Messages & Privacy,

2   available at https://www.apple.com/legal/privacy/data/en/messages/; FaceTime & Privacy,

3   available at https://www.apple.com/legal/privacy/data/en/face-time/.

Based on at least the above facts, Apple directs or controls the performance of end users of

5   its devices operating Apple's iMessage and FaceTime services.  Apple has the right and ability to

6   stop or limit use of its iMessage and FaceTime services. Apple conditions use of Apple devices

7   and software, including use of the iMessage and FaceTime services and the benefits derived

8   therefrom, upon agreeing to the above legal terms, including performance of the relevant acts of

9   infringement carried out by its devices for which Apple establishes the manner and timing of such

10  performance as set forth below.

11  The Apple iMessage and FaceTime services enable the end user Accused '949

12  Instrumentalities including iPhones, iPads, iPods, Apple Watches, Mac computers, when operated

13  by customers and end users, to send and receive secure messages over a telecommunications

14  network, i.e., the Internet, via the server Accused '949 Instrumentalities, including the APNs and

15  IDS servers operated by Apple.  In its Answer, Apple has denied that it owns and operates the

16  APNs servers. (*See* Dkt. No. 38 at ¶56). MPH intends to seek discovery on the basis for Apple's

17  denial. To the extent Apple contracts with third parties who own or operate the servers which

18  perform the salient functionality, such operation is attributable to Apple.

19  More specifically, when operated as intended and required by Apple and under Apple's

20  direction and control, pursuant to Apple's software licenses, privacy policies, and other user

21  agreements, Apple end user devices, including iPhones, iPads, iPods, Apple Watches, and Mac

22  computers, establish a secure connection with one another by negotiating and exchanging keys

23  with one another according to a key exchange protocol through intermediate Apple servers

24  operated by Apple. Each Apple end user device is configured to be assigned with an IP address,

25  which may change, including when the connection is changed from a cellular network to a Wi-Fi

26  network.

27  When operated as intended and required by Apple and under Apple's direction and control,

28

1  pursuant to Apple's software licenses, privacy policies, and other user agreements, Apple end user

2  devices are configured to form secure messages using the functionalities of iMessage and

3  FaceTime. Messages sent through iMessage and FaceTime include a device token, which is a

4  unique identifier assigned by Apple that identifies a unique app-device combination, which is used

5  to forward messages to receiving Apple end user devices. Messages formed by Apple end user

6  devices also include an address of Apple servers, including Apple's APNs servers. Such messages

7  include payloads encrypted using encryption keys from a key exchange protocol.

8      Intermediate Apple servers, including Apple's APNs servers operated by Apple, receive

9  encrypted message payloads sent by Apple end user devices to provide the iMessage and FaceTime

10  services. Apple servers, including its APNs servers, decrypt device tokens and use such tokens to

11  locate the addresses of the intended recipients of encrypted message payloads.  The decrypted

12  tokens are included with the encrypted message payloads, thus replacing the encrypted device

13  tokens. Apple is unable to decrypt the payloads of the messages. Apple's APNs servers map device

14  tokens with connections to receiving devices. Apple utilizes a table located at Apple's APNs

15  servers to map a device token to connection information of the receiving device. Apple utilizes a

16  table located at Apple's APNs servers to map a device token to connection information of the

17  receiving device including the receiving device's location or address.

18      When operated as intended and required by Apple and under Apple's direction and control,

19  pursuant to Apple's software licenses, privacy policies, and other user agreements, Apple end user

20  devices, operated by end users, register their current locations with the APNs servers, operated by

21  Apple, with a request and reply message exchange. Apple's servers, including its APNs servers

22  operated by Apple, forward the encrypted message payloads to the receiving Apple devices.

23  Apple's APNs servers and Apple devices sending and receiving messages through iMessage and

24  FaceTime communicate using a TLS protocol.

25      Handoff, Universal Clipboard, iPhone Cellular Call Relay, iPhone Text Message

26  Forwarding, and encryption for Apple Watch apps with streaming data use Apple's APNs/IDS to

27  support end-to-end encryption utilizing the same methods described above with respect to

28

iMessage and FaceTime. *See e.g.*, iMessage Security Overview, *Apple Platform Security*, May 2022, p. 157, available at https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf; FaceTime security, *id.*, at 162; Handoff, *id.*, at 166; Universal Clipboard, *id.*, at 167; iPhone cellular call relay security, *id.*, at 168; iPhone Text Message Forwarding security, *id.,* at 168; System security for watchOS, *id.*, at 69. Thus, as with iMessage and FaceTime, Apple likewise directs or controls the performance of end users of its devices utilizing these other services and features. Apple has the right and ability to stop or limit use of these other services and features. Apple conditions use of Apple devices and software, including use of these other services and features and the benefits derived therefrom, upon agreeing to the above legal terms, including performance of the relevant acts of infringement carried out by its devices, for which Apple establishes the manner and timing of such performance.

### 2.    '397 Patent - Direct infringement based on joint acts of multiple parties

In addition to infringing the '397 Patent directly based entirely on Apple's own acts, including Apple testing its products and otherwise executing the claimed methods in the course of product development and support, Apple has and continues to directly infringe the '397 Patent based on joint acts of multiple parties. Specifically, Apple has infringed and continues to infringe at least claim 1 of the '397 Patent under 35 U.S.C. § 271(a) by making, using, and operating within the United States the Accused '397 Instrumentalities that support and enable its iMessage and FaceTime services, as well as Handoff, Universal Clipboard, iPhone Cellular Call Relay, iPhone Text Message Forwarding, and encryption for Apple Watch apps with streaming data that also use the Apple Push Notification service ("APNs") and Apple Identity service ("IDS") to support end-to-end encryption, as well as by directing and controlling, and conditioning its customers' and end users' participation and use of and receipt of the benefits of iMessage, FaceTime, Handoff, Universal Clipboard, iPhone Cellular Call Relay, iPhone Text Message Forwarding, and encryption for Apple Watch apps with streaming data, upon the performance of steps of claim 1 of the '397 Patent and establishing the manner or timing of that performance. See attached claim chart.

Apple maintains absolute control over the operation of its iMessage and FaceTime services, as well as Handoff, Universal Clipboard, iPhone Cellular Call Relay, iPhone Text Message Forwarding, and encryption for Apple Watch apps with streaming data, including its operation of the software, servers, and databases that support such services. Users are required to sign up and agree to numerous terms and conditions unilaterally imposed by Apple, including in its user software licenses, account agreements (iTunes/Apple ID), and privacy agreements, in order to use them.

Apple begins its "iOS Software License Agreement" by stating that "BY USING YOUR iPHONE, iPAD or iPOD Touch ("iOS DEVICE"), YOU ARE AGREEING TO BE BOUND BY THE FOLLOWING TERMS." *See* "Apple Inc. iOS Software License Agreement" (www.apple.com/legal/sla/docs/iOS112.pdf); *see also* Apple Inc. Software License Agreement for macOS High Sierra (www.apple.com/legal/sla/docs/macOS1013.pdf); iOS16 and iPadOS16 "Apple Inc. iOS and iPadOS Software License Agreement"; iOS15 and iPadOS15 "Apple Inc. iOS and iPadOS Software License Agreement"; iOS14 and iPadOS14  "Apple Inc. iOS and iPadOS Software License Agreement"; iOS13 and iPadOS13  "Apple Inc. iOS and iPadOS Software License Agreement"; iOS12 "Apple Inc. iOS Software License Agreement"; iOS10 "Apple Inc. iOS Software License Agreement"; iOS 9 "Apple Inc. iOS Software License Agreement";  iOS 8 "Apple Inc. iOS Software License Agreement;" "Apple Inc. Software License Agreement for macOS Ventura"; "Apple Inc. Software License Agreement for macOS Monterey;" "Apple Inc. Software License Agreement for macOS Big Sur;" "Apple Inc. Software License Agreement for macOS Catalina;" "Apple Inc. Software License Agreement for macOS Mojave;" "Apple Inc. Software License Agreement for macOS Sierra;" "Apple Inc. Software License Agreement for macOS El Capitan;" "Apple Inc. Software License Agreement for macOS Yosemite;" Apple watchOS Software License Agreement, all available at https://www.apple.com/legal/sla/.

The Apple iOS Software License Agreement, to which each Apple iOS device user wishing to have access to, receive the benefit of, and use iMessage and FaceTime must agree, also provides:

The software (including Boot ROM code, embedded software and third party software), documentation, interfaces, content, fonts and any data that came with

your iOS Device ("Original iOS Software"), as may be updated or replaced by feature enhancements, software updates or system restore software provided by Apple ("iOS Software Updates"), whether in read only memory, on any other media or in any other form (the Original iOS Software and iOS Software Updates are collectively referred to as the "iOS Software") are licensed, not sold, to you by Apple Inc. ("Apple") for use only under the terms of this License. Apple and its licensors retain ownership of the iOS Software itself and reserve all rights not expressly granted to you. You agree that the terms of this License will apply to any Apple-branded app that may be built-in on your iOS Device, unless such app is accompanied by a separate license, in which case you agree that the terms of that license will govern your use of that app.

*See* "Apple Inc. iOS Software License Agreement" (www.apple.com/legal/sla/docs/iOS112.pdf); *see also* iOS16 and iPadOS16 "Apple Inc. iOS and iPadOS Software License Agreement"; iOS15 and iPadOS15 "Apple Inc. iOS and iPadOS Software License Agreement"; iOS14 and iPadOS14 "Apple Inc. iOS and iPadOS Software License Agreement"; iOS13 and iPadOS13 "Apple Inc. iOS and iPadOS Software License Agreement"; iOS12 "Apple Inc. iOS Software License Agreement"; iOS11 "Apple Inc. iOS Software License Agreement"; iOS10 "Apple Inc. iOS Software License Agreement"; iOS 9 "Apple Inc. iOS Software License Agreement"; iOS 8 "Apple Inc. iOS Software License Agreement"; Apple watchOS Software License Agreement, all available at https://www.apple.com/legal/sla/.

Similarly, the Apple macOS software license agreement states:

The Apple software (including Boot ROM code), any third party software, documentation, interfaces, content, fonts and any data accompanying this License whether preinstalled on Apple-branded hardware, on disk, in read only memory, on any other media or in any other form (collectively the "Apple Software") are licensed, not sold, to you by Apple Inc. ("Apple") for use only under the terms of this License. Apple and/or Apple's licensors retain ownership of the Apple Software itself and reserve all rights not expressly granted to you. You agree that the terms of this License will apply to any Apple-branded application software product that may be preinstalled on your Apple-branded hardware, unless such product is accompanied by a separate license, in which case you agree that the terms of that license will govern your use of that product.

*See also* Apple Inc. Software License Agreement for macOS High Sierra (www.apple.com/legal/sla/docs/macOS1013.pdf); "Apple Inc. Software License Agreement for macOS Ventura"; "Apple Inc. Software License Agreement for macOS Monterey;" "Apple Inc.

Software License Agreement for macOS Big Sur;" "Apple Inc. Software License Agreement for macOS Catalina;" "Apple Inc. Software License Agreement for macOS Mojave;" "Apple Inc. Software License Agreement for macOS Sierra;" "Apple Inc. Software License Agreement for macOS El Capitan;" "Apple Inc. Software License Agreement for macOS Yosemite;" all available at https://www.apple.com/legal/sla/.

Additionally, Apple requires each user of iMessage and FaceTime to register and obtain an Apple ID as a prerequisite to using these services. Prior to using the services, each user must first log in and then provide and allow Apple to access, store, and use the user's unique identifier. These requirements are set forth in Apple's software license agreements for both iOS and macOS:

> Use of the App Store requires a unique user name and password combination, known as an Apple ID. An Apple ID is also required to access app updates and certain features of the iOS Software and Services.
>
> *  *  *
>
> Consent to Use of Data. When you use your device, your phone number and certain unique identifiers for your iOS Device are sent to Apple in order to allow others to reach you by your phone number when using various communication features of the iOS Software, such as iMessage and FaceTime. When you use iMessage, Apple may hold your messages in encrypted form for a limited period of time in order to ensure their delivery.
>
> *  *  *
>
> By using this software in connection with an Apple ID, or other Apple Service, you agree to the applicable terms of service for that Service, such as the latest Apple Media Services Terms and Conditions for the country in which you access such Services, which you may access and review at http://www.apple.com/legal/internet-services/itunes/ww/.

"Apple Inc. iOS Software License Agreement" (www.apple.com/legal/sla/docs/iOS112.pdf); *see also* Apple Inc. Software License Agreement for macOS High Sierra (www.apple.com/legal/sla/docs/macOS1013.pdf); iOS16 and iPadOS16 "Apple Inc. iOS and iPadOS Software License Agreement"; iOS15 and iPadOS15 "Apple Inc. iOS and iPadOS Software License Agreement"; iOS14 and iPadOS14  "Apple Inc. iOS and iPadOS Software License Agreement"; iOS13 and iPadOS13  "Apple Inc. iOS and iPadOS Software License Agreement"; iOS12 "Apple Inc. iOS Software License Agreement"; iOS10 "Apple Inc. iOS Software License Agreement"; iOS 9 "Apple Inc. iOS Software License Agreement";  iOS 8

"Apple Inc. iOS Software License Agreement;" "Apple Inc. Software License Agreement for macOS Ventura"; "Apple Inc. Software License Agreement for macOS Monterey;" "Apple Inc. Software License Agreement for macOS Big Sur;" "Apple Inc. Software License Agreement for macOS Catalina;" "Apple Inc. Software License Agreement for macOS Mojave;" "Apple Inc. Software License Agreement for macOS Sierra;" "Apple Inc. Software License Agreement for macOS El Capitan;" "Apple Inc. Software License Agreement for macOS Yosemite;" all available at https://www.apple.com/legal/sla/.

Apple further requires end users to provide personal information and other identifying information to access services provided by Apple, including the iMessage and FaceTime services, and to receive benefits from such services:

> Personal information is data that can be used to identify or contact a single person. You may be asked to provide your personal information anytime you are in contact with Apple or an Apple affiliated company. Apple and its affiliates may share this personal information with each other and use it consistent with this Privacy Policy. They may also combine it with other information to provide and improve our products, services, content, and advertising. You are not required to provide the personal information that we have requested, but, if you chose not to do so, in many cases we will not be able to provide you with our products or services or respond to any queries you may have.
>
> * * *
>
> We may collect information such as occupation, language, zip code, area code, unique device identifier, referrer URL, location, and the time zone where an Apple product is used so that we can better understand customer behavior and improve our products, services, and advertising.

https://www.apple.com/privacy/privacy-policy/ (accessed in 2018); *see also* Messages & Privacy, available at https://www.apple.com/legal/privacy/data/en/messages/; FaceTime & Privacy, available at https://www.apple.com/legal/privacy/data/en/face-time/.

Based on at least the above facts, Apple directs or controls the performance of end users of its devices operating Apple's iMessage and FaceTime services. Apple has the right and ability to stop or limit use of its iMessage and FaceTime services. Apple conditions use of Apple devices and software, including use of the iMessage and FaceTime services and the benefits derived therefrom, upon agreeing to the above legal terms, including performance of the relevant acts of

infringement carried out by its devices, for which Apple establishes the manner and timing of such performance as set forth below.

The Apple iMessage and FaceTime services enable the end user Accused '397 Instrumentalities including iPhones, iPads, iPods, Apple Watches, Mac computers, when operated by customers and end users, to send and receive secure messages over a telecommunications network, i.e., the Internet, via the server Accused '397 Instrumentalities, including the APNs and IDS servers operated by Apple. In its Answer, Apple has denied that it owns and operates the APNs servers. (*See* Dkt. No. 38 at ¶56). MPH intends to seek discovery on the basis for Apple's denial. To the extent Apple contracts with third parties who own or operate the servers which perform the salient functionality, such operation is attributable to Apple.

More specifically, when operated as intended and required by Apple and under Apple's direction and control, pursuant to Apple's software licenses, privacy policies, and other user agreements, Apple end user devices, including iPhones, iPads, iPods, Apple Watches, and Mac computers, establish a secure connection with one another by negotiating and exchanging keys with one another according to a key exchange protocol through intermediate Apple servers operated by Apple.

Intermediate Apple servers, including Apple's APNs servers operated by Apple, receive encrypted message payloads sent by Apple devices to provide the iMessage and FaceTime services.  The encrypted message payloads are sent to the address of the intermediate Apple servers, including the APNs servers.

A device token is a unique identifier assigned by Apple to a specific app on a specific Apple device. Messages sent through iMessage and FaceTime include a device token that identifies a unique app-device combination. Apple's servers, including its APNs servers operated by Apple, are configured to decrypt and read these device tokens and use such tokens to locate the intended recipients of a message.

Apple's servers, including its APNs servers operated by Apple, forward the encrypted message payload to the receiving Apple device.

Handoff, Universal Clipboard, iPhone Cellular Call Relay, iPhone Text Message Forwarding, and encryption for Apple Watch apps with streaming data, use Apple's APNs/IDS to support end-to-end encryption, utilizing the same methods described above with respect to iMessage and FaceTime. *See e.g.*, iMessage Security Overview, *Apple Platform Security*, May 2022, p. 157, available at https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf; *See, e.g.,* FaceTime security, *id.*, at 162; *See*, Handoff, *id.*, at 166; *See*, Universal Clipboard, *id.*, at 167; *See,* iPhone cellular call relay security, *id.*, at 168; *See*, iPhone Text Message Forwarding security, *id.,* at 168; *See,* System security for watchOS, *id.*, at 69. Thus, as with iMessage and FaceTime, Apple likewise directs or controls the performance of end users of its devices utilizing these other services and features. Apple has the right and ability to stop or limit use of these other services and features. Apple conditions use of Apple devices and software, including use of these other services and features and the benefits derived therefrom, upon agreeing to the above legal terms, including performance of the relevant acts of infringement carried out by its devices, for which Apple establishes the manner and timing of such performance.

### 3.    '502 Patent - Indirect infringement under 35 U.S.C. § 271 (b)-(c)

Apple has and continues to knowingly and actively induce infringement of at least claims 7, 8, and 9 of the '502 Patent under 35 U.S.C. §271(b) by, among other things, making, using, selling, offering for sale, and importing within and into the United States the Accused '502 Instrumentalities, and by advertising, promoting, encouraging, instructing and aiding others, such as resellers and end-user customers, to sell, offer to sell, and use the Accused '502 Instrumentalities within the United States in an infringing matter via Apple's iMessage and FaceTime services, as well as Handoff, Universal Clipboard, iPhone Cellular Call Relay, iPhone Text Message Forwarding, and encryption for Apple Watch apps with streaming data that also use Apple's APNs/IDS  to support end-to-end encryption, as shown in the attached claim chart. Such acts constitute direct infringement.

Apple has had actual notice of its infringement of the '502 Patent by no later than July 18, 2017 when it received MPH's letter advising Apple of the '502 Patent and providing a claim chart

comparing the claims to Apple's iMessage and FaceTime services. (Dkt. No. 1, Compl. at ¶¶ 40-41; Dkt. No. 38, Apple's Answer at ¶¶40-41). Apple has carried out these actions with the specific intent to induce infringement of the '502 Patent and with knowledge that such acts constitute infringement of the '502 Patent. Handoff, Universal Clipboard, iPhone Cellular Call Relay, iPhone Text Message Forwarding, and encryption for Apple Watch apps with streaming data also use Apple's APNs/IDS to support end-to-end encryption and, thus, Apple further infringes the foregoing claims of the '502 Patent under 35 U.S.C. § 271(b).

Resellers' and end-user customers' use, sales and offers to sell the Accused '502 Instrumentalities within the United States constitutes direct infringement of the apparatuses claimed in claims 7, 8, and 9 of the '502 Patent. Apple has taken active steps to encourage direct infringement of the '502 Patent by advertising the infringing uses and through Apple's instructions of how to engage in infringing uses of the iMessage and FaceTime services, as well as Handoff, Universal Clipboard, iPhone Cellular Call Relay, iPhone Text Message Forwarding, and encryption for Apple Watch apps with streaming data that also use Apple's APNs/IDS to support end-to-end encryption.

Apple touts its end-to-end encryption technology for iMessage and FaceTime:



Apple Privacy, https://www.apple.com/privacy/features/.

In its *Apple Platform Security* guide (May 2022) (with similar statements other versions of the *Apple Platform Security* guide, as well as Apple's *iOS Security* guides), Apple states that:

> Apple iMessage is a messaging service for iOS and iPadOS devices, Apple Watch, and Mac computers. iMessage supports text and attachments such as photos, contacts, locations, links, and attachments directly on to a message, such as a thumbs up icon. Messages appear on all of a user's registered devices so that a conversation can be continued from any of the user's devices. iMessage makes extensive use of the Apple Push Notification service (APNs). Apple doesn't log the contents of messages or attachments, which are protected by end-to-end encryption so no one but the sender and receiver can access them. Apple can't decrypt the data.

*See Apple Platform Security*, May 2022, p. 157, available at https://help.apple.com/pdf/security/en_US/apple-platform-security-guide.pdf; *Apple Platform Security* (May 2021), p. 155; *Apple Platform Security* (Spring 2020), p. 99; *iOS Security*, iOS 12.3 (May 2019), p. 60, *iOS Security*, iOS12 (September 2018), p. 60; *iOS Security*, iOS 11 (January

2018), p. 54; *iOS Security*, iOS 10 (March 2017), p. 43; *iOS Security*, iOS 9.3 or later (May 2016), p. 41; *iOS Security*, iOS 9.0 or later (September 2015), p. 39; *iOS Security* (October 2014), p. 30-31; *see also* "Use Messages with your Mac," available at https://support.apple.com/en-us/HT202549 ("With messages for Mac, you can send unlimited messages to any Mac, iPhone, iPad, or iPod touch that uses iMessage, Apple's secure-messaging service."); macOS Security (March 2018), p. 1 ("For information on security features of Apple services not covered in this document, refer to the "iOS Security Guide" at www.apple.com/business/docs/ iOS_Security_Guide.pdf."); FaceTime security, *Apple Platform Security*, May 2022, p. 162 ("FaceTime is Apple's video and audio calling service. Like iMessage, FaceTime calls use the Apple Push Notification service (APNs) to establish an initial connection to the user's registered devices. The audio/video contents of FaceTime calls are protected by end-to-end encryption, so no one but the sender and receiver can access them. Apple can't decrypt the data."); Handoff, *id.*, at 166 ("With Handoff, when a user's iOS, iPadOS, and macOS devices are near each other, the user can automatically pass whatever they're working on from one device to the other. Handoff lets the user switch devices and instantly continue working. When a user signs in to iCloud on a second Handoff-capable device, the two devices establish a Bluetooth Low Energy (BLE) 4.2 pairing out-of-band using APNs. The individual messages are encrypted much like messages in iMessage are."); Universal Clipboard, *id.*, at 167 ("Universal Clipboard leverages Handoff to securely transfer the content of a user's clipboard across devices so they can copy on one device and paste on another. Content is protected in the same way as other Handoff data and is shared by default with Universal Clipboard unless the app developer chooses to disallow sharing."); iPhone cellular call relay security, *id.*, at 168 ("When an incoming call arrives, all configured devices are notified using the Apple Push Notification service (APNs), with each notification using the same end-to-end encryption as iMessage."); iPhone Text Message Forwarding security, *id.,* at 168 ("iPhone encrypts and forwards incoming SMS text messages to each device, utilizing the methods described in iMessage security overview."); System security for watchOS, *id.*, at 69 ("To support apps that need streaming data, encryption is provided with methods described in FaceTime

1   security, using either the Apple Identity Service (IDS) provided by the paired iPhone or a direct
2   internet connection.").

3   Apple has also contributed to the infringement of at least claims 7, 8, and 9 of the '502
4   Patent under 35 U.S.C. § 271(c) by, among other things, making, using, selling, offering for sale,
5   and importing into the United States the Accused '502 Instrumentalities, and by advertising,
6   promoting, encouraging, instructing and aiding others, such as end-user customers, to use them in
7   an infringing manner, as shown in the attached claim chart, via Apple's iMessage and FaceTime
8   services, as well as Handoff, Universal Clipboard, iPhone Cellular Call Relay, iPhone Text
9   Message Forwarding, and encryption for Apple Watch apps with streaming data that also use
10  Apple's APNs/IDS to support end-to-end encryption. *See*, *generally*, Apple's advertisements,
11  guides, instructions, whitepapers, and training materials cited with respect to inducement, *supra*.
12  Such acts by end users constitute direct infringement. Apple has engaged in these activities
13  knowing that the Accused '502 Instrumentalities are especially made and adapted for use, and in
14  fact used, in a manner that constitutes infringement of the '502 Patent. (Dkt. No. 1, Compl. at ¶¶
15  40-41; Dkt. No. 38, Apple's Answer at ¶¶40-41).

16  The Accused '502 Instrumentalities constitute material parts of the patented inventions of
17  the '502 Patent, which are not staple articles of commerce suitable for substantial non-infringing
18  uses. As of its Answer, Apple has admitted that it has implemented the accused iMessage platform
19  in at least the following operating systems that run on Apple devices: iOS 8, iOS 9, iOS 10, iOS
20  11, iOS 12, OS X Yosemite, OS X El Capitan, macOS Sierra, macOS High Sierra, macOS Mojave,
21  WatchOS 2, WatchOS 3, WatchOS 4 and WatchOS 5. (Dkt. No. 1, Compl. at ¶51; Dkt. No. 38,
22  Apple's Answer at ¶51). Apple has also admitted that FaceTime uses end-to-end encryption to
23  protect FaceTime audio and video contents, that Apple is unable to decrypt the data sent through
24  FaceTime, and that Apple has made FaceTime available on at least the following operating systems
25  that run on Apple devices: iOS 8, iOS 9, iOS 10, iOS 11, iOS 12, OS X Yosemite, OS X El Capitan,
26  macOS Sierra, macOS High Sierra, macOS Mojave, WatchOS 2, WatchOS 3, WatchOS 4 and
27  WatchOS 5. (Dkt. No. 1, Compl. at ¶¶53-54; Dkt. No. 38, Apple's Answer at ¶¶53-54). Later

28

versions are also accused. *See* Accused '502 Instrumentalities and claim chart. Apple has further admitted that other Apple features, including Handoff, Universal Clipboard, iPhone Cellular Call Relay, and iPhone Text Message Forwarding, use APNs to support end-to-end encryption. (Dkt. No. 1, Compl. at ¶59; Dkt. No. 38, Apple's Answer at ¶59).

In the Accused '502 Instrumentalities, the specific software operating in conjunction with hardware to provide Apple's iMessage and FaceTime services, as well as Handoff, Universal Clipboard, iPhone Cellular Call Relay, iPhone Text Message Forwarding, and encryption for Apple Watch apps with streaming data that also use Apple's APNs/IDS to support end-to-end encryption, has no substantial noninfringing uses other than to practice the '502 Patent claimed apparatuses. The Apple iMessage, FaceTime, Handoff, Universal Clipboard, iPhone Cellular Call Relay, iPhone Text Message Forwarding, and encryption for Apple Watch apps with streaming data capabilities of the Accused '502 Instrumentalities are separate and distinct from other functions of the Accused '502 Instrumentalities. As shown in the attached claim chart for the '502 Patent, the Accused '502 Instrumentalities' specific software operating in conjunction with hardware to provide Apple iMessage, FaceTime, Handoff, Universal Clipboard, iPhone Cellular Call Relay, iPhone Text Message Forwarding, and encryption for Apple Watch apps with streaming data is a material part of the patented inventions.

The direct infringers for Apple's contributory infringement under 35 U.S.C. § 271(c) include, without limitation, end users and resellers of the Accused '502 Instrumentalities.

### 4.    '362 and '494 Patents - Direct infringement based on joint acts of multiple parties

MPH presently contends that all steps of the claimed methods of the '362 and '494 patents are performed by Apple via the Apple servers and associated software that support and enable Apple's iMessage and FaceTime services, as well as Handoff, Universal Clipboard, iPhone Cellular Call Relay, iPhone Text Message Forwarding, and encryption for Apple Watch apps with streaming data. *See* Accused '362 Instrumentalities and Accused '494 Instrumentalities. Based on presently available material, these servers include those supporting and enabling Apple's Push

Notification service. In its Answer, Apple has denied that it owns and operates the APNs servers. (*See* Dkt. No. 38 at ¶56). MPH intends to seek discovery on the basis for Apple's denial. To the extent Apple contracts with third parties who own or operate the servers which perform the salient functionality, such operation is attributable to Apple.

### 5. '581 Patent – Indirect infringement under 35 U.S.C. § 271 (b)-(c)

Apple has and continues to knowingly and actively induce infringement of claims 6-8 of the '581 Patent under 35 U.S.C. §271(b) by selling and offering for sale in the United States, and importing into the United States, the Accused '581 Instrumentalities that provide IKEv2 type VPNs and enable MOBIKE, and by advertising, aiding, encouraging and instructing business, enterprise, school, organization, and other end-user customers, including those that use AppleCare for Enterprise, Apple Business Manager, Apple School Manager, Apple Configurator, Apple Configurator 2, and/or Device Enrollment Program, to use them in an infringing manner, as set forth in the attached claim chart. Such direct infringers include customers such as corporations and other entities setting up IKEv2 type MOBIKE enabled VPNs to allow users to securely access resources remotely via the Accused '581 Instrumentalities.

Apple has had actual notice of its infringement of the '581 Patent since October 18, 2016 when it received MPH's letter advising Apple of the '581 Patent and a detailed claim chart. (Dkt. No. 38, Apple's Answer at ¶¶ 27-29). In this October 18, 2016 communication, MPH informed Apple of its ongoing infringement of the '581 Patent. MPH also provided a detailed claim chart for the '581 Patent showing the relevance of the MPH patents to Apple's products, including Apple's adoption of "MOBIKE" technologies in its iOS and OS X/macOS devices and services. (Dkt. 1, Compl. at ¶¶ 27-29). Apple has carried out its infringing activities with the specific intent to induce infringement of the '581 Patent and with knowledge that such acts constitute infringement of the '581 Patent.

Apple has taken active steps to encourage direct infringement of the '581 Patent by advertising the infringing uses and through Apple's instructions of how to engage in infringing uses. In particular, Apple announced to the Internet Engineering Task Force back in 2015 that, for

VPN configurations in iOS and OS X, Apple was enabling MOBIKE (RFC 4555) by default and that IKEv2 was the default VPN type. *See* https://www.ietf.org/mail-archive/web/ipsec/current/msg09931.html. Apple has provided its *Apple Platform Deployment* guide, *iOS Deployment Reference*, and *macOS Deployment Reference* materials, as well as the *Apple Deployment and Management Tutorials (Using VPN on Apple Devices)*, to guide and instruct its customers and end users on how to deploy the Accused '581 Instrumentalities in private corporate networks using VPN protocols including IKEv2 and MOBIKE. *See Apple Platform Deployment, VPN overview for Apple device deployment*, available at https://support.apple.com/guide/deployment/vpn-overview-depae3d361d0/1/web/1.0; *iOS Deployment Reference, Virtual Private Networks (VPN) Supported protocols and authentication methods*, formerly available at https://help.apple.com/deployment/ios/#/ior38e77f0cf; *macOS Deployment Reference, Virtual Private Networks (VPN) Supported protocols and authentication methods*, formerly available at https://help.apple.com/deployment/macos/#/ior38e77f0cf; *Deployment and Management Tutorials (Using VPN on Apple Devices)* available at https://it-training.apple.com/tutorials/deployment/dm165. Apple also provided its *iOS Deployment Reference* to guide and instruct its customers and end users on how to deploy the Accused '581 Instrumentalities including VPN Setup Guidelines with an IKEv2 setup. *See iOS Deployment Reference*, VPN Setup Guidelines, IKEv2 setup, formerly available at https://help.apple.com/deployment/ios/#/ior0f9aea818.

Apple further provides, and has provided, Apple Platform, iOS and macOS Security guides and whitepapers that encourage the use of Accused '581 Instrumentalities in virtual private networking, including with the IKEv2 protocol. *See Apple Platform Security*, May 2022, p. 173; *See also*, *iOS Security Guide*, Sept. 2015, p. 28; *iOS Security Guide*, May 2016, p. 29; *iOS Security Guide*, Mar. 2017, p. 31; *iOS Security Guide*, Jan. 2018, p. 37; *macOS Security Overview for IT*, Mar. 2018, p. 10; *iOS Security Guide*, Aug. 2018, p. 36; *iOS Security Guide*, Sept. 2018, p. 40; *iOS Security Guide*, Nov. 2018, p. 40; *iOS Security Guide*, May 2019, p. 40; *Apple Platform Security*, Spring 2020, p. 110-11; *Apple Platform Security*, Feb. 2021, p. 152; *Apple Platform*

*Security*, May 2021, p. 174. Further, Apple published the *iOS Deployment Overview for Business*, *iOS and iPadOS Deployment Overview*, and *Mac Deployment Overview* whitepapers to encourage customers and end users to use VPNs to securely access company resources remotely via their iOS, iPadOS, mac devices. *See iOS and iPadOS Deployment Overview*, December 2021, available at https://www.apple.com/business/docs/site/iOS_and_iPadOS_Deployment_Overview.pdf; *iOS Deployment Overview for Business*, October 2016, available at https://images.apple.com/ae/business/resources/docs/iOS_Deployment_Overview_Business.pdf; *Mac Deployment Overview*, December 2021, available at https://www.apple.com/business/docs/site/Mac_Deployment_Overview.pdf.

Apple also provides and has provided programs including Apple Configurator, Apple Configurator 2, Apple School Manager, Apple Business Manager, and Device Enrollment Program, and instructions for using the programs including, for example, to configure and supervise Accused '581 Instrumentalities for use in virtual private networking. *See Apple Platform Security*, May 2022, p. 173; *see also*, *iOS Security Guide*, Sept. 2015, p. 28; *iOS Security Guide*, May 2016, p. 29; *iOS Security Guide*, Mar. 2017, p. 31; *iOS Security Guide*, Jan. 2018, p. 37; *macOS Security Overview for IT*, Mar. 2018, pp. 10, 13; *iOS Security Guide*, Aug. 2018, p. 36; *iOS Security Guide*, Sept. 2018, p. 40; *iOS Security Guide*, Nov. 2018, p. 40; *iOS Security Guide*, May 2019, p. 40; *Apple Platform Security*, Spring 2020, p. 110-11; *Apple Platform Security*, Feb. 2021, p. 152; *Apple Platform Security*, May 2021, p. 174.

Apple also encourages infringing uses of the Accused '581 Instrumentalities on its website, where it advertises that Apple's Apple Business Manager solution can be used to easily configure Apple devices to allow employees to securely access a corporate network through built-in support for VPN, including IKEv2 networks:

> VPN. Easily configure Apple devices for secure access to your corporate network through built-in support for VPN. Out of the box, iOS, iPadOS, and macOS support the industry-standard networks IKEv2, Cisco IPsec, and L2TP over Ipsec. Apple devices also support VPN On Demand, Always On VPN, and Per App VPN for facilitating connections on a much more granular basis for managed apps or specific domains. Whatever method your business chooses, data in transit is protected.

1   *See* Apple at Work, available at https://www.apple.com/business/it//.

2          With knowledge of the '581 Patent, Apple has also contributed to the infringement of

3   claims 6-8 of the '581 Patent under 35 U.S.C. §271(c) by selling and offering for sale in the United

4   States, and importing into the United States, the Accused '581 Instrumentalities, and by

5   advertising, promoting, encouraging, instructing and aiding others, including its enterprise and

6   other end-user customers, to use them in an infringing manner, namely, to provide IKEv2 type

7   VPN and enable MOBIKE. *See*, *generally,* Apple's advertisements, guides, instructions,

8   whitepapers, and training materials cited with respect to inducement, *supra*. Apple has engaged in

9   these activities knowing that the Accused '581 Instrumentalities are especially made and adapted

10  for use, and in fact used, in a manner that constitutes infringement of the '581 Patent. (Dkt. No.

11  38, Apple's Answer at ¶¶ 27-29).

12         The Accused '581 Instrumentalities constitute material parts of the patented inventions of

13  the '581 Patent which are not staple articles of commerce suitable for substantial non-infringing

14  uses. In the Accused '581 Instrumentalities, the specific software operating in conjunction with

15  hardware to provide IKEv2 type VPN and enable MOBIKE has no substantial noninfringing uses

16  other than to practice the '581 Patent claimed methods. Below are screenshots from macOS and

17  iOS built-in VPN clients showing that IKEv2 type VPN is the default option:





26  The IKEv2 type MOBIKE enabled VPN capability of the Accused '581 Instrumentalities is

1   separate and distinct from other functions of the Accused '581 Instrumentalities. As shown in the

2   attached claim chart for the '581 Patent, the Accused '581 Instrumentalities' specific software

3   operating in conjunction with hardware to provide IKEv2 type VPN and enable MOBIKE is a

4   material part of the patented inventions.

5        The direct infringers for Apple's contributory infringement under 35 U.S.C. §271(c)

6   include users that use the Accused '581 Instrumentalities in an enterprise IKEv2 MOBIKE enabled

7   VPN to securely access resources remotely via the Accused '581 Instrumentalities including

8   business, enterprise, school, organization, and other end-user customers, including those that use

9   AppleCare for Enterprise, Apple's 24/7 support service that assists customers, Apple Business

10  Manager, Apple School Manager, Apple Configurator, Apple Configurator 2, and/or Device

11  Enrollment Program.

12        **6.      '302 Patent - Indirect infringement under 35 U.S.C. § 271 (b)-(c)**

13        Apple has and continues to knowingly and actively induce infringement of claims 1, 2, 3,

14  4, 5, 6, 9, 10, 11, 13, and 16 of the '302 Patent under 35 U.S.C. § 271(b) by selling, offering for

15  sale, and importing in and into the United States the Accused '302 Instrumentalities that support

16  and enable Always-on VPN, as set forth in the attached claim chart, and by advertising, aiding,

17  encouraging and instructing others, such as its business, enterprise, school, organization and other

18  end-user customers, to use the Accused '302 Instrumentalities for Always-On VPN in a manner

19  that directly infringes claims 1, 2, 3, 4, 5, 6, 9, 10, 11, 13, and 16 of the '302 Patent.

20        Apple has had actual notice of its infringement of the '302 Patent since October 18, 2016

21  when it received MPH's letter advising Apple of the '302 Patent. (Dkt. No. 38, Apple's Answer at

22  ¶¶ 27-29). On November 22, 2016, Apple received a claim chart from MPH comparing claims of

23  the '302 Patent to Apple's products with Always-On VPN. (*Id.* at ¶ 30). Apple has carried out its

24  infringing activities with the specific intent to induce infringement of the '302 Patent and with

25  knowledge that such acts constitute infringement of the '302 Patent.

26        Apple has taken active steps to encourage direct infringement of the '302 Patent by

27  advertising the infringing uses and through Apple's instructions of how to engage in infringing

28

uses of the Accused '302 Instrumentalities to support and enable Always-on VPN. In its Apple

Platform Security guide dated May 2022 (with similar statements in earlier versions of the Apple

Platform Security guide, as well as Apple's iOS Security guides), Apple states that:

> iOS and iPadOS support the following:
> *Always On VPN*: For devices managed through an MDM solution and supervised
> using Apple Configurator for Mac, Apple School Manager, or Apple Business
> Manager. Always On VPN eliminates the need for users to turn on VPN to enable
> protection when connecting to cellular and Wi-Fi networks. It also gives an
> organization full control over device traffic by tunneling all IP traffic back to the
> organization. The default exchange of parameters and keys for the subsequent
> encryption, IKEv2, secures traffic transmission with data encryption. The
> organization can monitor and filter traffic to and from its devices, secure data within
> its network, and restrict device access to the internet.

*Apple Platform Security*, May 2022, p. 173; *Apple Platform Security*, May 2021, p. 174; *Apple Platform Security*, Feb. 2021, p. 152; *Apple Platform Security*, Spring 2020, p. 110-11; *iOS Security Guide*, May 2019, p. 40; *iOS Security Guide*, Nov. 2018, p. 40; *iOS Security Guide*, Sept. 2018, p. 40; *iOS Security Guide*, Aug. 2018, p. 36; *iOS Security Guide*, Jan. 2018, p. 37; *iOS Security Guide*, Mar. 2017, p. 31; *iOS Security Guide*, May 2016, p. 29; *iOS Security Guide*, Sept. 2015, p. 28; iOS Security, Sept. 2014, p. 20-21 (iOS 8); iOS Deployment Reference, 2014, pp. 29, 35-38.

Apple provides its *Apple Platform Deployment* guide and *iOS Deployment Reference* materials, as well as the *Apple Deployment and Management Tutorials (Using VPN on Apple Devices)*, to guide, instruct and encourage its customers and end users to deploy the Accused '302 Instrumentalities in private corporate networks using Always-On VPN. *See Apple Platform Deployment, VPN overview for Apple device deployment*, available at https://support.apple.com/guide/deployment/vpn-overview-depae3d361d0/1/web/1.0; iOS Deployment Reference, Always-On VPN, formerly available at https://help.apple.com/deployment/ios/#/ior9f7b5ff26; *iOS Deployment Reference, Always-On VPN Configurations*, formerly available at https://help.apple.com/deployment/ios/#/ior41cec49b6; *iOS Deployment Reference*, 2014, pp. 29,

35-38; *Deployment and Management Tutorials (Using VPN on Apple Devices)* available at https://it-training.apple.com/tutorials/deployment/dm165.

More specifically, Apple has provided its iOS Deployment Reference materials to guide and instruct its customers and end users on how to deploy the Accused '302 Instrumentalities in private corporate networks using Always-On VPN including providing guidance on Always-On VPN Configurations, the Always-On configuration profile, and the Always-On VPN payload. *See, e.g., iOS Deployment Reference*, 2014, pp. 29, 35-38. In the Apple iOS Deployment Reference, Apple states: "Once the Always-on VPN profile is installed on a device, Always-on VPN automatically activates with no user interaction. Always-on VPN stays activated (including across reboots) until the Always-on VPN profile is uninstalled." *Id.* Apple also states: "An Always-on VPN configuration profile can be composed either manually, using one of the Apple configuration profile editors such as Profile Manager or Apple Configurator, or a third party MDM vendor." *Id.*

Apple has further provided the *Managing Devices and Corporate Data on iOS* document, which states that "iOS features such as automated enrollment, lockable MDM settings, device supervision, and always-on VPN ensure that devices are configured based on your organization's specific requirements, providing increased control while ensuring that corporate data is protected." *See Managing Devices and Corporate Data on iOS*, p. 10 (July 2018), formerly available at https://www.apple.com/business/resources/docs/Managing_Devices_and_Corporate_Data_on_iOS.pdf.

Apple also provides and has provided programs including Apple Profile Manager, Apple Configurator, Apple Configurator 2, Apple School Manager, Apple Business Manager, and Device Enrollment Program, and instructions for using the programs including, for example, to configure and supervise the Accused '302 Instrumentalities for using Always-On VPN. *Apple Platform Security*, May 2022, p. 173; *Apple Platform Security*, May 2021, p. 174; *Apple Platform Security*, Feb. 2021, p. 152; *Apple Platform Security*, Spring 2020, p. 110-11; *iOS Security Guide*, May 2019, p. 40; *iOS Security Guide*, Nov. 2018, p. 40; *iOS Security Guide*, Sept. 2018, p. 40; *iOS Security Guide*, Aug. 2018, p. 36; *iOS Security Guide*, Jan. 2018, p. 37; *iOS Security Guide*, Mar.

2017, p. 31; *iOS Security Guide*, May 2016, p. 29; *iOS Security Guide*, Sept. 2015, p. 28; iOS Security, Sept. 2014, p. 20-21 (iOS 8); iOS Deployment Reference, 2014, pp. 29, 35-38.

Apple also encourages infringing uses of the Accused '302 Instrumentalities on its website, where it advertises that Apple's Apple Business Manager solution can be used to easily configure Apple devices to allow employees to securely access a corporate network through built-in support for VPN, including Always On VPN:

> VPN. Easily configure Apple devices for secure access to your corporate network through built-in support for VPN. Out of the box, iOS, iPadOS, and macOS support the industry-standard networks IKEv2, Cisco IPsec, and L2TP over Ipsec. Apple devices also support VPN On Demand, Always On VPN, and Per App VPN for facilitating connections on a much more granular basis for managed apps or specific domains. Whatever method your business chooses, data in transit is protected.

*See* Apple at Work, available at https://www.apple.com/business/it//.

Apple's iOS and iPadOS software and corresponding mobile devices, including iPhones and iPads running iOS 9, 10, 11, and 12, and iOS/iPadOS 13, 14, and 15, were evaluated for Common Criteria Certifications from the National Information Assurance Partnership (NIAP). In conjunction with those evaluations, Apple provided iOS and iPadOS mobile devices and software, as well as documentation specifically instructing how to operate the evaluated iOS and iPadOS mobile devices with Always-On VPN and instructing users on VPN server/gateway settings, including to specify the IP address or hostname of the VPN server/gateway via "RemoteAddress." *See* Common Criteria Configuration Guides for Apple iOS 15: iPhones and Apple iPadOS 15: iPads (Version 1.2, 2021-05-25); Apple iOS 14: iPhones and Apple iPadOS 14: iPads (Version 1.0, 2021-05-25); Apple iOS 13 on iPhone and Apple iPadOS 13 on iPad Mobile Devices (Version 1.1, 2020-10-07); Apple iPad and iPhone Mobile Devices with iOS 12 (Version 1.7, 2019-03-12); Apple iOS 11 VPN Client on iPhone and iPad Guidance Documentation (April 2018, Version 1.2); Apple iOS 10.2 VPN Client on iPhone and iPad Guidance Documentation (July 2017, Version 1.0); Apple iOS VPN Client Guidance Documentation (March 2016, Version 1.0); *see also* https://developer.apple.com/documentation/devicemanagement/vpn/ikev2?language=objc.

Such documentation specifically instructs users how to configure Always-on VPN, *see,*

*e.g.,* Apple iOS 11 VPN Client on iPhone and iPad Guidance Documentation (April 2018, Version 1.2), p. 12:



With knowledge of the '302 Patent, Apple has also contributed to the infringement of claims 1, 2, 3, 4, 5, 6, 9, 10, 11, 13, and 16 of the '302 Patent under 35 U.S.C. § 271(c) by selling, offering for sale in the United States, and importing in and into the United States, the Accused '302 Instrumentalities, and by advertising, promoting, aiding, encouraging and instructing others, such as its business, enterprise and other end-user customers, to use the Accused '302 Instrumentalities for Always-On VPN in a manner that directly infringes claims 1, 2, 3, 4, 5, 6, 9, 10, 11, 13, and 16 of the '302 Patent. *See, generally,* Apple's advertisements, guides, instructions, whitepapers, and training materials cited with respect to inducement, *supra*. Apple has engaged in these activities knowing that the Accused '302 Instrumentalities are especially made and adapted for use, and in fact used, in a manner that constitutes infringement of the '302 Patent. (Dkt. No. 38, Apple's Answer at ¶¶ 27-30).

The Accused '302 Instrumentalities constitute material parts of the patented inventions of the '302 Patent, which are not staple articles of commerce suitable for substantial non-infringing uses. As of its Answer, Apple has admitted that it introduced the Always-on VPN feature with its iOS 8 operating system, and that at least the iOS 8, iOS 9, iOS 10, iOS 11, and iOS 12 operating

systems support Always-on VPN capability. (*See* Dkt. No. 38 at ¶¶101-102). Later versions of iOS and iPad OS are also accused. *See* Accused '302 Instrumentalities and claim chart. In the Accused '302 Instrumentalities, the specific software operating in conjunction with hardware to provide Always-On VPN has no substantial noninfringing uses other than to practice the '302 Patent claimed methods. Below are exemplary screenshots from iOS 16 showing the Always-On VPN feature:



The Always-On VPN capability of the Accused '302 Instrumentalities is separate and distinct from other functions of the Accused '302 Instrumentalities. As shown in the attached claim chart for the '302 Patent, the Accused '302 Instrumentalities' specific software operating in conjunction with hardware to provide Always-On VPN is a material part of the patented inventions.

The direct infringers for Apple's contributory infringement of the '302 Patent under 35 U.S.C. § 271(c) include its business, enterprise, school, organization, and other end-user customers. *See Apple Platform Security*, May 2022, p. 173 (discussing use of MDM solutions, Apple School Manager, and Apple Business Manager to configure and supervise devices using Always-on VPN); *Managing Devices and Corporate Data on iOS*, p. 10 (July 2018), formerly available                                                                          at https://www.apple.com/business/resources/docs/Managing_Devices_and_Corporate_Data_on_iOS.pdf.

### E.       Identification of Type of Infringement

MPH presently contends that each limitation of each asserted claim is literally present in the Accused Instrumentalities. MPH reserves the right to seek to amend these contentions pursuant to Local P.R. 3-6, including to assert infringement under the doctrine of equivalents based on any claim construction order issued by the Court.

### F.       Identification of Priority Dates

The asserted claims of the '581 Patent and '302 Patent are entitled to a priority date of September 28, 2001.  The asserted claims of the '949 Patent, '397 Patent, '494 Patent, '502 Patent, and '362 Patent are entitled to a priority date of January 22, 2002.

### G.       MPH Products That Practice Claimed Inventions

MPH does not intend to rely on the assertion that its own or its licensees' apparatus, product, device, process, method, act, or other instrumentality practices the claimed inventions.

### H.       Infringement and Damages Period

MPH identifies the following dates of first infringement, start of claimed damages, and end of claimed damages for each asserted patent. MPH's identification of Apple's first date of infringement is based on public information available to MPH as of May 15, 2023 without the benefit of information to be produced by Apple pursuant to MPH's discovery requests served on May 1, 2023. MPH reserves the right to seek to amend its contentions with respect to the dates of first infringement by Apple based on information discovered in this case:

| Asserted Patent | Point of First Infringement & Start of Claimed Damages | End of Claimed Damages |
|---|---|---|
| '949 Patent | First infringement and start of claimed damages: September 17, 2014 | N/A (through present) |
| '397 Patent | Start of pre-issuance damages: October 18, 2016<br>First infringement of issued patent and start of post-issuance damages: September 12, | January 21, 2023 |

| | 2017 | |
|---|---|---|
| '494 Patent | Start of pre-issuance damages: April 7, 2017<br><br>First infringement and start of post-issuance damages: July 18, 2017 | January 21, 2023 |
| '502 Patent | Start of pre-issuance damages: April 19, 2017<br><br>First infringement of issued patent and start of post-issuance damages: July 18, 2017 | January 21, 2023 |
| '362 Patent | Start of pre-issuance damages: September 21, 2017<br><br>First infringement of issued patent and start of post-issuance damages: December 5, 2017 | January 21, 2023 |
| '581 Patent | First infringement and start of claimed damages: October 18, 2016 | September 27, 2022 |
| '302 Patent | First infringement and start of claimed damages: September 17, 2014 | N/A (through present) |

## I.  Willful Infringement Allegations

The following contentions on willful infringement are based on the information known to MPH at this time (May 15, 2023) without the benefit of information to be produced by Apple pursuant to MPH's discovery requests served on May 1, 2023. MPH reserves all rights to supplement and/or amend its contentions pursuant to the Federal Rules of Civil Procedure, Orders of the Court, and Patent Local Rule 3-6.

### 1.  '949 Patent

Apple's infringement of the '949 Patent has been and continues to be willful, wanton, malicious, in bad faith, deliberate, consciously wrong, and flagrant. MPH in good faith engaged Apple in extensive pre-lawsuit discussions in the hopes of amicably licensing its patent rights

including the '949 patent as set forth in Paragraphs 26 – 46 of its September 27, 2018 Complaint. For example, MPH notified Apple that it had and continued to infringe the '949 Patent in a detailed letter dated October 18, 2016. On November 22, 2016, MPH also provided detailed claim charts for the '949 Patent showing how Apple's iMessage service infringed the '949 Patent.

On September 27, 2018, after Apple had refused to enter into a license agreement with MPH that would allow Apple to practice the inventions of the '949 patent with MPH's consent and approval, MPH brought this lawsuit against Apple. Apple continued to infringe the '949 patent after the filing of the lawsuit. In its November 26, 2018 Answer and Counterclaims, Apple alleged invalidity of the '949 patent on the basis that U.S. Patent No. 7,181,612 to Pellacuru et al. and U.S. Patent No. 7,159,109 to Egevang anticipated or rendered obvious the asserted claims of the '949 patent under 35 U.S.C. §§ 102 and 103. In March 2019, Apple filed an *inter partes* review petition with the Patent Trial and Appeal Board ("PTAB") of the U.S. Patent Office arguing that each of the asserted claims of the '949 patent was invalid. Based on this and other IPR petitions filed in March 2019, Apple successfully sought a stay of this lawsuit, which was then stayed from April 2019 to February 2023. Although Apple's November 26, 2018 Answer and Counterclaims alleged invalidity of the '949 patent based on Pellacuru and Egevang, Apple's March 2019 IPR petition abandoned its invalidity theory set forth in the Answer and Counterclaims, and relied on other alleged prior art. The U.S. Patent Office denied institution for the requested IPR of the '949 patent in October 2019. Despite its knowledge of its infringement and the abandonment and rejection of its invalidity allegations, Apple's infringement of the '949 patent continues without abatement.

### 2.     '397 Patent

Apple's infringement of the '397 Patent has been and continues to be willful, wanton, malicious, in bad faith, deliberate, consciously wrong, and flagrant. MPH in good faith engaged Apple in extensive pre-lawsuit discussions in the hopes of amicably licensing its patent rights including the '397 patent as set forth in Paragraphs 26 – 46 of its September 27, 2018 Complaint. For example, MPH notified Apple of the application that later issued as the '397 Patent (U.S. Patent Application No. 13/685,544) on October 18, 2016. On March 6, 2017, MPH also sent Apple

a detailed claim chart mapping allowed claim 1 of Application No. 13/685,544 to Apple's iMessage. Then, on April 7, 2017, MPH gave Apple a copy of the published application (Publication No. US 2017/0093580A9) that issued as the '397 Patent and the corresponding Notice of Allowance issued by the U.S. Patent and Trademark Office.

On September 27, 2018, after Apple had refused to enter into a license agreement with MPH that would allow Apple to practice the inventions of the '397 patent with MPH's consent and approval, MPH brought this lawsuit against Apple. Apple continued to infringe the '397 patent after the filing of the lawsuit. In its November 26, 2018 Answer and Counterclaims, Apple alleged invalidity of the '397 patent on the basis that U.S. Patent No. 7,181,612 to Pellacuru et al. and U.S. Patent No. 7,159,109 to Egevang anticipated or rendered obvious the asserted claims of the '397 patent under 35 U.S.C. §§ 102 and 103. In March 2019, Apple filed an *inter partes* review petition with the Patent Trial and Appeal Board ("PTAB") of the U.S. Patent Office arguing that each of the asserted claims of the '397 patent was invalid. Based on this and other IPR petitions filed in March 2019, Apple successfully sought a stay of this lawsuit, which was then stayed from April 2019 to February 2023. Although Apple's November 26, 2018 Answer and Counterclaims alleged invalidity of the '397 patent based on Pellacuru and Egevang, Apple's March 2019 IPR petition abandoned its invalidity theory set forth in the Answer and Counterclaims, and relied on other alleged prior art. The U.S. Patent Office denied institution for the requested IPR of the '397 patent in November 2019. Despite its knowledge of its infringement and the abandonment and rejection of its invalidity allegations, Apple's infringement of the '397 patent continued without abatement.

### 3.    '494 Patent

Apple's infringement of the '494 Patent has been and continues to be willful, wanton, malicious, in bad faith, deliberate, consciously wrong, and flagrant. MPH in good faith engaged Apple in extensive pre-lawsuit discussions in the hopes of amicably licensing its patent rights including the '494 Patent as set forth in Paragraphs 26 – 46 of its September 27, 2018 Complaint. For example, MPH notified Apple that the application that later issued as the '494 Patent (U.S. Patent Application No. 15/372,208; Publication No. US 2017/0093799 A1) had been allowed by

the Patent Office on April 7, 2017. MPH then notified Apple that it infringed the '494 Patent on July 18, 2017 and provided claim charts comparing the claims to Apple's iMessage and FaceTime services.

On September 27, 2018, after Apple had refused to enter into a license agreement with MPH that would allow Apple to practice the inventions of the '494 Patent with MPH's consent and approval, MPH brought this lawsuit against Apple. Apple continued to infringe the '494 Patent after the filing of the lawsuit. In its November 26, 2018 Answer and Counterclaims, Apple alleged invalidity of the '494 Patent on the basis that U.S. Patent No. 7,181,612 to Pellacuru et al. and U.S. Patent No. 7,159,109 to Egevang anticipated or rendered obvious the asserted claims of the '494 Patent under 35 U.S.C. §§ 102 and 103. In March 2019, Apple filed an *inter partes* review petition with the Patent Trial and Appeal Board ("PTAB") of the U.S. Patent Office arguing that each of the asserted claims of the '494 Patent was invalid. Based on this and other IPR petitions filed in March 2019, Apple successfully sought a stay of this lawsuit, which was then stayed from April 2019 to February 2023. Although Apple's November 26, 2018 Answer and Counterclaims alleged invalidity of the '494 Patent based on Pellacuru and Egevang, Apple's March 2019 IPR petition abandoned its invalidity theory set forth in the Answer and Counterclaims, and relied on other alleged prior art. In the Final Written Decision entered on November 4, 2020, the PTAB determined that Apple has not shown by a preponderance of the evidence that claims 2, 4, 9, and 11 of the '494 Patent are unpatentable. On March 9, 2022, the Federal Circuit affirmed the PTAB's Final Written Decision. Despite its knowledge of its infringement and the abandonment and rejection of its invalidity allegations by the PTAB and the Federal Circuit, Apple's infringement of the '494 Patent continued without abatement.

### 4.    '502 Patent

Apple's infringement of the '502 Patent has been and continues to be willful, wanton, malicious, in bad faith, deliberate, consciously wrong, and flagrant. MPH in good faith engaged Apple in extensive pre-lawsuit discussions in the hopes of amicably licensing its patent rights including the '502 patent as set forth in Paragraphs 26 – 46 of its September 27, 2018 Complaint.

For example, MPH notified Apple of the published patent application that issued as the '502 Patent (Publication No. US 2017/0099266A1) on April 19, 2017 and its relevance to various aspects of Apple's iMessage and FaceTime services. MPH also contacted Apple on July 18, 2017 after the '502 Patent issued, informing it once again of its infringement and providing claim charts comparing the '502 Patent claims to Apple's iMessage and FaceTime services.

On September 27, 2018, after Apple had refused to enter into a license agreement with MPH that would allow Apple to practice the inventions of the '502 patent with MPH's consent and approval, MPH brought this lawsuit against Apple. Apple continued to infringe the '502 patent after the filing of the lawsuit. In its November 26, 2018 Answer and Counterclaims, Apple alleged invalidity of the '502 patent on the basis that U.S. Patent No. 7,181,612 to Pellacuru et al. and U.S. Patent No. 7,159,109 to Egevang anticipated or rendered obvious the asserted claims of the '502 patent under 35 U.S.C. §§ 102 and 103. In March 2019, Apple filed an *inter partes* review petition with the Patent Trial and Appeal Board ("PTAB") of the U.S. Patent Office arguing that each of the asserted claims of the '502 patent was invalid. Based on this and other IPR petitions filed in March 2019, Apple successfully sought a stay of this lawsuit, which was then stayed from April 2019 to February 2023. Although Apple's November 26, 2018 Answer and Counterclaims alleged invalidity of the '502 patent based on Pellacuru and Egevang, Apple's March 2019 IPR petition abandoned its invalidity theory set forth in the Answer and Counterclaims, and relied on other alleged prior art. In the Final Written Decision entered on November 4, 2020, the PTAB determined that Apple has not shown by a preponderance of the evidence that claims 7-9 of the '502 patent are unpatentable. On March 9, 2022, the Federal Circuit affirmed the PTAB's Final Written Decision. Despite its knowledge of its infringement and the abandonment and rejection of its invalidity allegations by the PTAB and the Federal Circuit, Apple's infringement of the '502 patent continued without abatement.

### 5.    '362 Patent

Apple's infringement of the '362 Patent has been and continues to be willful, wanton, malicious, in bad faith, deliberate, consciously wrong, and flagrant. MPH in good faith engaged

Apple in extensive pre-lawsuit discussions in the hopes of amicably licensing its patent rights including the '362 patent as set forth in Paragraphs 26 – 46 of its September 27, 2018 Complaint. For example, MPH notified Apple of the pendency of U.S. Patent Application No. 15/609,312, which issued as the '362 Patent, on July 18, 2017. Despite knowledge of its infringement of the related '949, '397, '494 and '502 Patents, as well as the application which issued as the '362 Patent, Apple continued its acts of infringement of the '362 Patent.

On September 27, 2018, after Apple had refused to enter into a license agreement with MPH that would allow Apple to practice the inventions of the '362 patent with MPH's consent and approval, MPH brought this lawsuit against Apple. Apple continued to infringe the '362 patent after the filing of the lawsuit. In its November 26, 2018 Answer and Counterclaims, Apple alleged invalidity of the '362 patent on the basis that U.S. Patent No. 7,181,612 to Pellacuru et al. and U.S. Patent No. 7,159,109 to Egevang anticipated or rendered obvious the asserted claims of the '362 patent under 35 U.S.C. §§ 102 and 103. In March 2019, Apple filed an *inter partes* review petition with the Patent Trial and Appeal Board ("PTAB") of the U.S. Patent Office arguing that each of the asserted claims of the '362 patent was invalid. Based on this and other IPR petitions filed in March 2019, Apple successfully sought a stay of this lawsuit, which was then stayed from April 2019 to February 2023. Although Apple's November 26, 2018 Answer and Counterclaims alleged invalidity of the '362 patent based on Pellacuru and Egevang, Apple's March 2019 IPR petition abandoned its invalidity theory set forth in the Answer and Counterclaims, and relied on other alleged prior art. In the Final Written Decision entered on November 4, 2020, the PTAB determined that Apple has not shown by a preponderance of the evidence that claims 3, 5, 10 and 12-16 of the '362 patent are unpatentable. On March 9, 2022, the Federal Circuit affirmed the PTAB's Final Written Decision. Despite its knowledge of its infringement and the abandonment and rejection of its invalidity allegations by the PTAB and the Federal Circuit, Apple's infringement of the '362 patent continued without abatement.

6.     '581 Patent

Apple's infringement of the '581 Patent has been and continues to be willful, wanton, malicious, in bad faith, deliberate, consciously wrong, and flagrant. MPH in good faith engaged Apple in extensive pre-lawsuit discussions in the hopes of amicably licensing its patent rights including the '581 Patent as set forth in Paragraphs 26 – 46 of its September 27, 2018 Complaint. For example, MPH notified Apple that it infringed the '581 Patent through an October 18, 2016 letter and provided detailed claim charts showing the relevance of the '581 Patent to Apple's adoption of "MOBIKE" technologies (IETF RFC4555) in its iOS and OS X/macOS devices. With full awareness of the '581 Patent, and despite the knowledge that its actions would induce others to infringe and contribute to the infringement of others of the '581 Patent, Apple continued selling, offering for sale and importing into the United States the Accused '581 Instrumentalities.

On September 27, 2018, after Apple had refused to enter into a license agreement with MPH that would allow Apple to practice the inventions of the '581 Patent with MPH's consent and approval, MPH brought this lawsuit against Apple. Apple continued to infringe the '581 Patent after the filing of the lawsuit. In its November 26, 2018 Answer and Counterclaims, Apple alleged invalidity of the '581 Patent on the basis that an alleged document named "Application-Centric Analysis of IP-based Mobility Management Techniques" by Archan Misra, Subir Das, and Prathima Agrawal ("Misra") and U.S. Patent No. 6,091,951 to Sturniolo et al. ("Sturniolo") anticipated or rendered obvious the asserted claims of the '581 Patent under 35 U.S.C. §§ 102 and 103. In March 2019, Apple filed an *inter partes* review petition with the Patent Trial and Appeal Board ("PTAB") of the U.S. Patent Office arguing that each of the asserted claims of the '581 patent was invalid. Based on this and other IPR petitions filed in March 2019, Apple successfully sought a stay of this lawsuit, which was then stayed from April 2019 to February 2023. Although Apple's November 26, 2018 Answer and Counterclaims alleged invalidity of the '581 patent based on Misra and Sturniolo, Apple's March 2019 IPR petition abandoned its invalidity theory set forth in the Answer and Counterclaims, and relied on other alleged prior art. In the Final Written Decision entered on September 24, 2020, the PTAB determined that Apple had not shown by a

preponderance of the evidence that claims 4 and 6-8 of the '581 Patent are unpatentable. On September 8, 2022, the Federal Circuit affirmed that portion of the PTAB's Final Written Decision. Despite its knowledge of its infringement and the abandonment and rejection of its invalidity allegations by the PTAB and the Federal Circuit, Apple's infringement of the '581 Patent continued without abatement.

### 7.    '302 Patent

Apple's infringement of the '302 Patent has been and continues to be willful, wanton, malicious, in bad faith, deliberate, consciously wrong, and flagrant. MPH in good faith engaged Apple in extensive pre-lawsuit discussions in the hopes of amicably licensing its patent rights including the '302 patent as set forth in Paragraphs 26 – 46 of its September 27, 2018 Complaint. For example, MPH notified Apple that it infringed the '302 Patent through an October 18, 2016 letter. On November 22, 2016, MPH's counsel provided detailed claim charts showing how Apple infringed the '302 Patent through its Always-On VPN feature. Despite knowledge of its infringement, Apple continues to infringe the '302 patent.

On September 27, 2018, after Apple had refused to enter into a license agreement with MPH that would allow Apple to practice the inventions of the '302 patent with MPH's consent and approval, MPH brought this lawsuit against Apple. Apple continued to infringe the '302 patent after the filing of the lawsuit. In its November 26, 2018 Answer and Counterclaims, Apple alleged invalidity of the '302 Patent on the basis that U.S. Patent No. 6,976,177 to Ahonen, U.S. Patent No. 6,904,466 to Ishiyama et al. and International Publication No. WO2000041427 to Rinman et al. anticipated or rendered obvious the asserted claims of the '302 Patent under 35 U.S.C. §§ 102 and 103. In March 2019, Apple filed an *inter partes* review petition with the Patent Trial and Appeal Board ("PTAB") of the U.S. Patent Office arguing that each of the asserted claims of the '302 patent was invalid. Based on this and other IPR petitions filed in March 2019, Apple successfully sought a stay of this lawsuit, which was then stayed from April 2019 to February 2023. Although Apple's November 26, 2018 Answer and Counterclaims alleged invalidity of the '302 patent based on Ahonen, Ishiyama and Rinman, Apple's March 2019 IPR petition pursued

different invalidity theories, and relied instead on Ahonen, Ishiyama and Gupta references. In the Final Written Decision entered on October 5, 2020, the PTAB determined that Apple had not shown by a preponderance of the evidence that claims 1-16 of the '302 patent are unpatentable. On January 25, 2022, the Federal Circuit affirmed the PTAB's Final Written Decision. Despite its knowledge of its infringement and the rejection of its invalidity allegations by the PTAB and the Federal Circuit, Apple's infringement of the '302 patent continues without abatement.

## II.    Patent Local Rule 3-2 Document Production

The following documents have been produced concurrently with these disclosures.  MPH reserves the right to supplement this production as discovery progresses and as allowed by the Local Rules and upon Order of the Court.

(a)  Documents (e.g., contracts, purchase orders, invoices, advertisements, marketing materials, offer letters, beta site testing agreements, and third party or joint development agreements) sufficient to evidence each discussion with, disclosure to, or other manner of providing to a third party, or sale of or offer to sell, or any public use of, the claimed invention prior to the date of application for the patent in suit. A party's production of a document as required herein shall not constitute an admission that such document evidences or is prior art under 35 U.S.C. § 102;

**MPH is not aware of any responsive documents.**

(b)  All documents evidencing the conception, reduction to practice, design, and development of each claimed invention, which were created on or before the date of application for the patent in suit or the priority date identified pursuant to Patent L.R. 3-1(f), whichever is earlier;

**MPH is not aware of any nonprivileged responsive documents.**

(c) A copy of the file history for each patent in suit;

**Produced as MPH00000062–520, MPH00000569–965, MPH00001095–1621, MPH00001708–2259, MPH00002415–2843, MPH00003054–3424, and MPH00003966–4690.**

(d)  All documents evidencing ownership of the patent rights by the party asserting patent infringement;

**Produced as MPH00000521–532, MPH00001036–1039, MPH00001670–1674, MPH00002331–2335, MPH00002910–2914, MPH00003425–3431, MPH00003954–3965, and MPH00004769–4774.**

(e)  If a party identifies instrumentalities pursuant to Patent L.R. 3-1(g), documents sufficient to show the operation of any aspects or elements of such instrumentalities the patent claimant relies upon as embodying any asserted claims;

**Not applicable.**

(f)  All agreements, including licenses, transferring an interest in any patent-in-suit;

**Produced as MPH00004860–4904. See also documents identified above at Patent L.R. 3-2(d).**

(g)  All agreements that the party asserting infringement contends are comparable to a license that would result from a hypothetical reasonable royalty negotiation;

**MPH does not have any agreements in its possession, custody, or control that it presently contends are comparable to a license that would result from a hypothetical reasonable royalty negotiation. MPH intends to seek such documents from Apple and third parties during the course of discovery.**

(h)  All agreements that otherwise may be used to support the party asserting infringement's damages case;

**MPH does not presently have any such agreements in its possession, custody, or control that it may use to support its damages case.  MPH intends to seek, and has sought, such documents from Apple and third parties during the course of discovery.**

(i)  If a party identifies instrumentalities pursuant to Patent L.R. 3-1(g), documents sufficient to show marking of such embodying accused instrumentalities and if it wants to preserve the right to recover lost profits based on such products, sales, revenues, costs and profits of such embodying accused instrumentalities; and

**Not applicable.**

(j)  All documents comprising or reflecting a F/RAND commitment or agreement with respect to the asserted patent(s).

**Not applicable.**

Respectfully submitted,
/s/
_____/Brian E. Haan/_____
Patricia L. Peden, Esq. (SBN 206440)
ppeden@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, CA 94612
Phone: (510) 273.8780
Fax: (510) 839.9104

Christopher J. Lee (*pro hac vice*)
clee@leesheikh.com
David J. Sheikh (*pro hac vice*)
dsheikh@leesheikh.com
Brian E. Haan (*pro hac vice*)
bhaan@leesheikh.com
Ashley E. LaValley (*pro hac vice*)
alavalley@leesheikh.com
Dragan Gjorgiev (*pro hac vice*)
dgjorgiev@leesheikh.com
James D. Mitchell (*pro hac vice*)
jmitchell@leesheikh.com
LEE SHEIKH & HAAN LLC
125 South Clark Street, Suite 1175
Chicago, IL 60603
Phone: (312) 982-0070
Fax: (312) 982-0071

Attorneys for Plaintiff
*MPH TECHNOLOGIES OY*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 15, 2023 the foregoing:

**PLAINTIFF'S PATENT L.R. 3.1 DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**

was served via electronic transmission on all counsel of record.

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

_/Brian E. Haan/_
Attorneys for Plaintiff
MPH TECHNOLOGIES OY