# **<u>EXHIBIT C</u>**

# James Mitchell

| | |
|---|---|
| **From:** | Robert McNamee <robert_mcnamee@cand.uscourts.gov> |
| **Sent:** | Tuesday, March 19, 2024 12:51 PM |
| **To:** | Dan Gjorgiev; Brian Haan; Ashley LaValley; Christopher Lee; James Mitchell; ppeden@bwslaw.com; David Sheikh; brahebi_mofo.com; hcannom@wscllp.com; rhung@mofo.com; nkiaei@mofo.com; roselee@mofo.com; rmalloy@mofo.com; bstevens@wscllp.com |
| **Subject:** | 18-cv-05935-TLT MPH Technologies Oy v. Apple, Inc. |
| **Attachments:** | 18-cv-05935-TLT-QUESTIONS_TENTATIVE_RULING_REGARDING_MOTION_FOR_LEAVE_TO_AMEND_Abridged.pdf |
| **Importance:** | High |

Some people who received this message don't often get email from robert_mcnamee@cand.uscourts.gov. Learn why this is important

Good morning counsel,

Attached are the Court's additional questions on the motion to amend/correct for your review. The tentative ruling on the Motion to Amend/Correct is pending. However, again, if all agree that no appearances are necessary (for both motions) and that the Court's questions can be answered in writing by the end of business today, the Court will take the matters under submission and issue written orders.

Please let me know at your earliest.

Thank you,



Robert McNamee
Courtroom Deputy to the Honorable Trina Thompson
United States District Court
Northern District of California
https://cand.uscourts.gov
Office: (415) 522-2039