# EXHIBIT E

# James Mitchell

| | |
|---|---|
| **From:** | TLT CRD <TLTCRD@cand.uscourts.gov> |
| **Sent:** | Tuesday, March 19, 2024 12:29 PM |
| **To:** | Dan Gjorgiev; Brian Haan; Ashley LaValley; Christopher Lee; James Mitchell; ppeden@bwslaw.com; David Sheikh; brahebi_mofo.com; hcannom@wscllp.com; rhung@mofo.com; nkiaei@mofo.com; roselee@mofo.com; rmalloy@mofo.com; bstevens@wscllp.com |
| **Subject:** | 18-cv-05935-TLT MPH Technologies Oy v. Apple, Inc. |
| **Attachments:** | 18-cv-05935-TLT-TENTATIVE_RULING_REGARDING_MOTION_TO_RECONSIDER_v2.pdf; 18-cv-05935-TLT-QUESTIONS_TENTATIVE_RULING_REGARDING_MOTION_TO_RECONSIDER_v1.pdf |
| **Importance:** | High |

Good morning counsel,

Attached are the Court's tentative ruling on the Motion for Reconsideration and questions for today's motion for your review. I will be sending a tentative ruling on the Motion to Amend/Correct with additional questions for your review, as well, shortly.

If all agree that no appearances are necessary (for both motions) and that the Court's questions can be answered in writing by the end of business today, the Court will take the matters under submission and issue written orders.

Please let me know at your earliest.

Thank you,



Robert McNamee
Courtroom Deputy to the Honorable Trina Thompson
United States District Court
Northern District of California
https://cand.uscourts.gov
Office: (415) 522-2039