Patricia L. Peden, Esq. (SBN 206440)
ppeden@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, CA 94612
Phone: (510) 273.8780
Fax: (510) 839.9104

Christopher J. Lee (*Pro Hac Vice*)
clee@leesheikh.com
David J. Sheikh (*Pro Hac Vice*)
dsheikh@leesheikh.com
Brian E. Haan (*Pro Hac Vice*)
bhaan@leesheikh.com
Ashley E. LaValley (*Pro Hac Vice*)
alavalley@leesheikh.com
Dragan Gjorgiev (*Pro Hac Vice*)
dgjorgiev@leesheikh.com
James D. Mitchell (*Pro Hac Vice*)
jmitchell@leesheikh.com
LEE SHEIKH & HAAN LLC
125 South Clark Street, Suite 1175
Chicago, IL 60603
Phone: (312) 982-0070
Fax: (312) 982-0071

Attorneys for Plaintiff
*MPH TECHNOLOGIES OY*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MPH TECHNOLOGIES OY,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 3:18-cv-05935-TLT<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REFER DISCOVERY DISPUTE LETTER-MOTIONS TO MAGISTRATE JUDGE**<br><br>Date: August 27, 2024 (or earlier as ordered by the Court)<br>Time: 2:00 P.M.<br>Place: San Francisco Courthouse, Courtroom 9<br>Judge: Hon. Trina L. Thompson |

Having considered the papers filed in connection with Plaintiff MPH Technologies Oy's Unopposed Motion to Refer Discovery Dispute Letter-Motions to Magistrate Judge, and for good cause shown, the Court hereby GRANTS the Plaintiff's Unopposed Motion to Refer Discovery Dispute Letter-Motions to Magistrate Judge. Accordingly, the Court will refer all pending discovery dispute letter-motions (ECF Nos. 128, 129, 130, 131, 132, and 133), as well as all future discovery dispute letter-motions, to a magistrate judge of this District, and will set forth a specific time frame for the magistrate judge's resolution of these motions to allow for the parties to conduct discovery before the existing discovery cutoff date.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Trina L. Thompson
U.S. District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REFER DISCOVERY DISPUTE LETTER-MOTIONS TO MAGISTRATE JUDGE
CASE NO. 3:18-CV-05935-TLT

1