# **EXHIBIT B**

# James Mitchell

| | |
|---|---|
| **From:** | Christopher Lee |
| **Sent:** | Thursday, June 13, 2024 12:05 PM |
| **To:** | James Mitchell |
| **Subject:** | FW: MPH v. Apple |

**From:** Malloy, Ryan J. <RMalloy@mofo.com>
**Sent:** Wednesday, June 12, 2024 6:46 PM
**To:** Rahebi, Bita <BRahebi@mofo.com>; Christopher Lee <clee@leesheikh.com>
**Cc:** Carol Koski <ckoski@leesheikh.com>
**Subject:** Re: MPH v. Apple

Chris,

MPH may describe its motion as "unopposed" so long as MPH includes the complete position statement that Bita Rahebi provided in her June 10 email.


Ryan Malloy
Morrison & Foerster LLP
(213) 892-5482

**From:** Rahebi, Bita <BRahebi@mofo.com>
**Sent:** Wednesday, June 12, 2024 2:50:15 PM
**To:** Christopher Lee <clee@leesheikh.com>
**Cc:** Carol Koski <ckoski@leesheikh.com>; Malloy, Ryan J. <RMalloy@mofo.com>
**Subject:** Re: MPH v. Apple

Chris, I am copying Ryan as I just boarded a flight and he can get back to you.

> On Jun 12, 2024, at 2:38 PM, Christopher Lee <clee@leesheikh.com> wrote:
>
> **External Email**
>
> Bita:
>
> Thanks for your email.
>
> The first issue was addressed in our motion filed yesterday and granted today.

1

I write to seek clarification on the second issue. You state that "Apple declines to **stipulate** to MPH's request for another CMC," presumably because I asked whether Apple would stipulate to having a case management conference in our initial call.

MPH intends to proceed with the motion for such a conference shortly, and would like to know if the motion can be filed as "unopposed" as we did with the motion filed yesterday even if Apple will not stipulate to the proposed conference.  We will obviously include in the motion Apple's position.

Thanks.

Christopher J. Lee
Lee Sheikh & Haan LLC
125 South Clark Street, Suite 1175 | Chicago, Illinois 60603
General: (312) 982-0070 | Direct: (312) 982-0061
Website: IPLitigation.com

*IAM Strategy 300: The World's Leading IP Strategists*
*AV Peer Review Rated, Martindale-Hubbell*

THE INFORMATION IN THIS EMAIL COMMUNICATION IS INTENDED SOLELY FOR THE INTENDED AND DESIGNATED RECIPIENT. THIS MESSAGE MAY CONSTITUTE AN ATTORNEY-CLIENT COMMUNICATION OR OTHERWISE BE PRIVILEGED OR CONFIDENTIAL. If the reader of this message is not the intended recipient or an agent responsible for delivering this message to an intended recipient, you received this document in error. Any review, dissemination, distribution, copying or other use of this document is strictly prohibited.  If you receive this communication in error, please notify us immediately by telephone and return the original document to us by mail.

**From:** Rahebi, Bita <BRahebi@mofo.com>
**Sent:** Monday, June 10, 2024 3:50 PM
**To:** Christopher Lee <clee@leesheikh.com>
**Cc:** Carol Koski <ckoski@leesheikh.com>
**Subject:** RE: MPH v. Apple

Chris,

I know we were both out of the office when we spoke on Friday.  For reference, these are the prior position statements:

**Issue #1:  Magistrate Judge**

Apple defers to the Court's preference on this issue.  In view of its familiarity with this case, the patents, and MPH's prior motions, Apple believes that the Court is well equipped to resolve the pending discovery disputes.

**Issue #2:  Further CMC**

Apple notes that the Court already set a complete schedule for the case through trial (ECF No. 83).  Apple defers to the Court on its management of the case.  For these reasons, Apple declines to stipulate to MPH's request for another CMC.

**Issue #3:  Expedited briefing on motions related to issue number 1 and 2.**

Apple opposes the motion for expedited briefing.

Best,
Bita

**From:** Christopher Lee <clee@leesheikh.com>
**Sent:** Thursday, June 6, 2024 8:49 AM
**To:** Rahebi, Bita <BRahebi@mofo.com>
**Cc:** Carol Koski <ckoski@leesheikh.com>
**Subject:** RE: MPH v. Apple

**External Email**

Sure thing.

Christopher J. Lee
Lee Sheikh & Haan LLC
125 South Clark Street, Suite 1175 | Chicago, Illinois 60603
General: (312) 982-0070 | Direct: (312) 982-0061
Website: IPLitigation.com

*IAM Strategy 300: The World's Leading IP Strategists*
*AV Peer Review Rated, Martindale-Hubbell*

THE INFORMATION IN THIS EMAIL COMMUNICATION IS INTENDED SOLELY FOR THE INTENDED AND DESIGNATED RECIPIENT. THIS MESSAGE MAY CONSTITUTE AN ATTORNEY-CLIENT COMMUNICATION OR OTHERWISE BE PRIVILEGED OR CONFIDENTIAL. If the reader of this message is not the intended recipient or an agent responsible for delivering this message to an intended recipient, you received this document in error. Any review, dissemination, distribution, copying or other use of this document is strictly prohibited.  If you receive this communication in error, please notify us immediately by telephone and return the original document to us by mail.

**From:** Rahebi, Bita <BRahebi@mofo.com>
**Sent:** Wednesday, June 5, 2024 11:00 PM
**To:** Christopher Lee <clee@leesheikh.com>
**Cc:** Carol Koski <ckoski@leesheikh.com>
**Subject:** RE: MPH v. Apple

Hi Chris,

11:10 works for me. Do you want to give me a ring at the below?  It should roll over to my cell.

**Bita Rahebi**
Partner | Co-Chair, Global Intellectual Property Litigation Practice
brahebi@mofo.com
T. +1 (213) 892-5428

MORRISON FOERSTER

**From:** Christopher Lee <clee@leesheikh.com>
**Sent:** Wednesday, June 5, 2024 6:53 PM
**To:** Rahebi, Bita <BRahebi@mofo.com>
**Cc:** Carol Koski <ckoski@leesheikh.com>
**Subject:** Re: MPH v. Apple

**External Email**

I am out of the office then, but could make 11:10-11:30 am PT work.

Thanks.

Chris

Sent iPhone

> On Jun 5, 2024, at 7:38 PM, Rahebi, Bita <BRahebi@mofo.com> wrote:
>
> Hi Chris, sorry, I was tied up in meetings. Does 10:30-11:30 pacific tomorrow work for you?
>
> **From:** Christopher Lee <clee@leesheikh.com>
> **Sent:** Wednesday, June 5, 2024 2:07 PM
> **To:** Rahebi, Bita <BRahebi@mofo.com>
> **Subject:** Re: MPH v. Apple
>
> **External Email**
>
> Yes. I can talk after 2:30 pm PT.
>
> Chris
>
> Sent iPhone
>
>> On Jun 5, 2024, at 12:19 PM, Rahebi, Bita <BRahebi@mofo.com> wrote:
>>
>> Hi Chris, time to connect today?

4

**From:** Christopher Lee <clee@leesheikh.com>
**Sent:** Friday, May 31, 2024 12:50 PM
**To:** Rahebi, Bita <BRahebi@mofo.com>
**Cc:** Carol Koski <ckoski@leesheikh.com>
**Subject:** Re: MPH v. Apple

**External Email**

Bita:

Thanks for the prompt response. I have a doctor's appointment at 10 am PT.on Monday. Can you do 9:30 PT or later in the afternoon (say, after 1 pm PT)?

Chris

Sent iPhone

> On May 31, 2024, at 10:00 AM, Rahebi, Bita <BRahebi@mofo.com> wrote:
>
> Hi Chris,
>
> Sure. How is 10 a.m. pacific on Monday?
>
> Bita
>
> **From:** Christopher Lee <clee@leesheikh.com>
> **Sent:** Friday, May 31, 2024 6:17 AM
> **To:** Rahebi, Bita <BRahebi@mofo.com>
> **Cc:** Carol Koski <ckoski@leesheikh.com>
> **Subject:** MPH v. Apple
>
> **External Email**
>
> Bita:
>
> Are you available for a short call this afternoon (after 2 pm PT) or on Monday to discuss a couple of case management issues?
>
> Thanks.

5

Christopher J. Lee
LEE SHEIKH & HAAN
125 South Clark Street, Suite 1175
Chicago, Illinois 60603
Office: (312) 982-0070
Direct: (312) 982-0061
Cell: (312) 835-8383
www.iplitigation.com
IAM Strategy 300: World's Leading IP Strategists

THE INFORMATION IN THIS EMAIL COMMUNICATION IS INTENDED SOLELY FOR THE INTENDED AND DESIGNATED RECIPIENT. THIS MESSAGE MAY CONSTITUTE AN ATTORNEY-CLIENT COMMUNICATION OR OTHERWISE BE PRIVILEGED OR CONFIDENTIAL.

============================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

============================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

============================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

=========================================================================
===

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](#).
.

=========================================================================
===

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](#).
.

=========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's [Privacy Policy](#).
.