Patricia L. Peden, Esq. (SBN 206440)
ppeden@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, CA 94612
Phone: (510) 273.8780
Fax: (510) 839.9104

Christopher J. Lee (*Pro Hac Vice*)
clee@leesheikh.com
David J. Sheikh (*Pro Hac Vice*)
dsheikh@leesheikh.com
Brian E. Haan (*Pro Hac Vice*)
bhaan@leesheikh.com
Ashley E. LaValley (*Pro Hac Vice*)
alavalley@leesheikh.com
Dragan Gjorgiev (*Pro Hac Vice*)
dgjorgiev@leesheikh.com
James D. Mitchell (*Pro Hac Vice*)
jmitchell@leesheikh.com
LEE SHEIKH & HAAN LLC
125 South Clark Street, Suite 1175
Chicago, IL 60603
Phone: (312) 982-0070
Fax: (312) 982-0071

Attorneys for Plaintiff
*MPH TECHNOLOGIES OY*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MPH TECHNOLOGIES OY,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 3:18-cv-05935-TLT<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXPEDITED CASE STATUS AND MANAGEMENT CONFERENCE**<br><br>Date: August 27, 2024 (or earlier as ordered by the Court)<br>Time: 2:00 P.M.<br>Place: San Francisco Courthouse, Courtroom 9<br>Judge: Hon. Trina L. Thompson |

Having considered the papers filed in connection with Plaintiff MPH Technologies Oy's Unopposed Motion for an Expedited Case Status and Management Conference, and for good cause shown, the Court hereby GRANTS the Plaintiff's Unopposed Motion for an Expedited Case Status and Management Conference. Accordingly, the Court will expedite and schedule the matter for a case status and management conference to discuss: a) the status of the eight (8) pending motions before the Court and the Magistrate; b) the impact of these motions on the parties' ability to conduct discovery and conduct discovery adequately before the current fact discovery cut-off of October 7, 2024; c) a potential revised case management schedule; and d) any other matter that should arise and be appropriately addressed at that time.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Trina L. Thompson
U.S. District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXPEDITED CASE STATUS AND MANAGEMENT CONFERENCE
CASE NO. 3:18-CV-05935-TLT

1