1  Patricia L. Peden, Esq. (SBN 206440)
   ppeden@bwslaw.com
2  BURKE, WILLIAMS & SORENSEN, LLP
   1999 Harrison Street, Suite 1650
3  Oakland, CA 94612
   Phone: (510) 273.8780
4  Fax: (510) 839.9104

5  Christopher J. Lee (*Pro Hac Vice*)
   clee@leesheikh.com
6  David J. Sheikh (*Pro Hac Vice*)
   dsheikh@leesheikh.com
7  Brian E. Haan (*Pro Hac Vice*)
   bhaan@leesheikh.com
8  Ashley E. LaValley (*Pro Hac Vice*)
   alavalley@leesheikh.com
9  Dragan Gjorgiev (*Pro Hac Vice*)
   dgjorgiev@leesheikh.com
10 James D. Mitchell (*Pro Hac Vice*)
   jmitchell@leesheikh.com
11 LEE SHEIKH & HAAN LLC
   125 South Clark Street, Suite 1175
12 Chicago, IL 60603
   Phone: (312) 982-0070
13 Fax: (312) 982-0071

14 Attorneys for Plaintiff
   *MPH TECHNOLOGIES OY*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| MPH TECHNOLOGIES OY, | Case No. 3:18-cv-05935-TLT |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME TO HEAR UNOPPOSED MOTION FOR AN EXPEDITED CASE STATUS AND MANAGEMENT CONFERENCE** |
| vs. | |
| APPLE INC., | |
| Defendant. | Place: San Francisco Courthouse, Courtroom 9<br>Judge: Hon. Trina L. Thompson |

1    Having considered the papers filed in connection with Plaintiff MPH Technologies Oy's Motion
2  to Shorten Time to Hear Unopposed Motion for an Expedited Case Status and Management
3  Conference, and for good cause shown, the Court hereby GRANTS the Plaintiff's Motion to Shorten
4  Time to Hear *Unopposed Motion for an Expedited Case Status and Management Conference* (ECF No.
5  137). Accordingly, the Court will schedule the hearing for Plaintiff's *Unopposed Motion for an*
6  *Expedited Case Status and Management Conference* on the earliest possible date that is available for
7  the Court.

10    IT IS SO ORDERED.

13    Dated: _____

_____
Hon. Trina L. Thompson
U.S. District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME TO HEAR UNOPPOSED MOTION FOR AN EXPEDITED CASE STATUS AND MANAGEMENT CONFERENCE
CASE NO. 3:18-CV-05935-TLT

1