BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
RYAN J. MALLOY (CA SBN 253512)
rmalloy@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
SOO J. PARK (SBN 300988)
spark@mofo.com
NIMA KIAEI (CA SBN 336142)
nkiaei@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: (213) 892-5200
Facsimile:   (213) 892-5454

RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Telephone: (415) 268-7000
Facsimile:   (415) 268-7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MPH Technologies Oy, | Case No.    3:18-cv-05935-TLT |
| Plaintiff, | **APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| Apple Inc., | |
| Defendant. | |

1    Pursuant to Civil Local Rules 7-11 and 79-5, and this Court's Civil Standing Order,

2  Plaintiff Apple Inc. requests that the Court permit Apple to file under seal portions of MPH's

3  First Supplemental Responses to Apple's Interrogatories Nos. 12–16 and MPH's Second

4  Supplemental Responses to Apple's Interrogatories Nos. 1–9.  These portions have been

5  designated by Plaintiff MPH Technologies Oy ("MPH") as "Confidential" and "Highly

6  Confidential – Attorneys' Eyes Only" under the Protective Order in this case.  Apple is obligated

7  to file such information under seal.

8

9

| Document | Portion(s) to Seal | Basis for Sealing |
|---|---|---|
| MPH's First Supplemental Responses to Apple's Interrogatories Nos. 12–16 | MPH's First Supplemental Answer to Interrogatory No. 14 | This is information that MPH designated as Confidential under the Protective Order. |
| MPH's Second Supplemental Responses to Apple's Interrogatories Nos. 1–9 | MPH's Answer and Second Supplemental Answer to Interrogatory No. 4 | This is information that MPH designated as Highly Confidential – Attorneys' Eyes Only under the Protective Order. |

Apple's Admin. Motion To Consider Whether Another Party's Material Should Be Sealed
Case No. 3:18-cv-05935-TLT
sf-6032641

1

1    Dated:  June 25, 2024                      MORRISON & FOERSTER LLP

2

3                                        By:   /s/ *Ryan J. Malloy*
                                               RYAN J. MALLOY
4

5                                              BITA RAHEBI
                                               RYAN J. MALLOY
6                                              ROSE S. LEE
                                               SOO J. PARK
7                                              NIMA KIAEI
                                               MORRISON & FOERSTER LLP
8                                              707 Wilshire Boulevard
                                               Los Angeles, California 90017-3543
9                                              Telephone: (213) 892-5200
                                               Facsimile:  (213) 892-5454
10                                             brahebi@mofo.com
                                               rmalloy@mofo.com
11                                             roselee@mofo.com
                                               spark@mofo.com
12                                             nkiaei@mofo.com

13                                             RICHARD S.J. HUNG
                                               MORRISON & FOERSTER LLP
14                                             425 Market Street
                                               San Francisco, California  94105
15                                             Telephone: (415) 268-7000
                                               Facsimile:   (415) 268-7522
16                                             rhung@mofo.com

17                                             Attorneys for Defendant
                                               APPLE INC.
18

19

20

21

22

23

24

25

26

27

28