# EXHIBIT 4

PRESS RELEASE

**Contact:**
CEO Panu Pietikainen
P.O. Box 38
Street address: Niittykatu 6
02200 Espoo, Finland
Cellular +358 50 624 73
Fax +358 9 4353 1100
panu.pietikainen@netseal.com

**Agency Contact:**
NetProfile Finland Oy
Christina Forsgard
Pieni Roobertinkatu 5 B
00130 Helsinki, Finland
Tel. +358 9 6812 080
Fax +358 9 6812 0850
christina@netprofile.fi

**Note to editors:** Netseal Technologies will exhibit at booth 1974 at Networld+ Interop, May 8-10, Las Vegas. NetSeal Technologies' CEO and founder Panu Pietikainen will be available for interviews during May 8-9. For setting up meetings, please contact Mia Silvenius, cellular phone +358 50 524 4874.

## NETSEAL TECHNOLOGIES SHOWCASES
## SECURE IP-MOBILITY FOR EXISTING AND THIRD GENERATION NETWORKS

**Las Vegas – May 8, 2001 –** NetSeal Technologies – a Finnish software company providing third generation IP-mobility solutions to carriers, corporations and equipment manufacturers – is introducing RoamMate, a secure IP-mobility software product that makes seamless roaming possible between WLAN, LAN, Bluetooth, GPRS and UMTS networks.  NetSeal's software product will be showcased this week to international audiences at Networld+Interop in Las Vegas (Booth 1974).

With NetSeal's unique IP-roaming technology, all users are securely connected to the network regardless of place, time, access media or terminal (laptop, PC, PDA, etc.). NetSeal's RoamMate IP-mobility software enables wireless network users to move freely from one network node to another without system reconfiguration – a critical factor in the expansion of mass-market wireless services.

"RoamMate empowers wireless service operators with a field tested and reliable product that enables them to leverage the new customer service potential of existing and next generation networks," says **Panu Pietikainen**, CEO of Netseal Technologies. "It provides a cost efficient, advanced service that gives early mover wireless operators an undisputable head start in the wireless space."

While emerging wireless technologies are beginning to make it possible for operators to offer innovative new services, the best use of these technologies requires seamless and secure mobility across multiple networks. NetSeal's RoamMate provides automated roaming, for example, from wired Intranet to office WLAN to out-of-office GPRS and eventually to UMTS.

RoamMate is already in use in Finland.  Early adopters range from university campus and corporate LAN, WLAN and dial-up environments to the catering service company on trains operated by Finnish State Railways.

"NetSeal is now actively seeking international integration partners, vendors and clients," explained Pietikainen.  We believe there is already a great need for its seamless roaming capabilities in the United States – and most specifically on the U.S. West Coast, where an existing wireless technology foundation acts as the research hub for major wireless players.

"That area's great potential to become one of the world's most powerful wireless market's may be hampered without tested technologies that support the convergence of currently separate networks," concludes Pietikainen.

**Technology behind RoamMate**

RoamMate software enables the users to freely roam between any wireless or wired connections without dropping packets or sacrificing security.  Encryption in compliance with the IPSec standard, the IKE key exchange protocol and user identification work to guarantee network data security.  RoamMate changes security keys every three minutes. Each client is given a unique key, which also prevents intruders from accessing the network.

Uninterrupted connections are made possible by the automatic location update using DHCP, IP roaming and support for several different networks. RoamMate allows transfer of the terminal connection from one LAN, WLAN, Ethernet, modem, ISDN, CDMA, TDMA or GPRS connection to another. RoamMate also includes support for Network Address Translation (NAT), which allows wider access via the Internet to a company's internal networks.

RoamMate operates as a supplement to a wide selection of tools for versatile management of network traffic and such associated functions as invoicing and network management. RoamMate is available for Windows NT 4.0, 95, 98 and 2000 versions as well as for Linux.

**About NetSeal Technologies**
NetSeal Technologies is focused on developing software that enables IP mobility combined with high security. Founded in 1996, the company is headquartered in Espoo, Finland. Operations are currently being expanded to international markets. Netseal will establish sales offices in the United States during 2001. The company's investors include Fidelity Ventures and CapMan Capital Management. NetSeal Technologies is a member of HP Mobile Bazaar and an active member of IETF influencing mobile IP and security standardization.

**For additional information, please visit www.netseal.com.**