1  BITA RAHEBI (CA SBN 209351)
   brahebi@mofo.com
2  RYAN J. MALLOY (CA SBN 253512)
   rmalloy@mofo.com
3  ROSE S. LEE (CA SBN 294658)
   roselee@mofo.com
4  SOO J. PARK (SBN 300988)
   spark@mofo.com
5  NIMA KIAEI (CA SBN 336142)
   nkiaei@mofo.com
6  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
7  Los Angeles, California  90017-3543
   Telephone: (213) 892-5200
8  Facsimile:  (213) 892-5454

9  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
10 MORRISON & FOERSTER LLP
   425 Market Street
11 San Francisco, California  94105
   Telephone:  (415) 268-7000
12 Facsimile:   (415) 268-7522

13 Attorneys for Defendant
   APPLE INC.

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

18 **MPH Technologies Oy,**              Case No. 3:18-cv-05935-TLT

19              Plaintiff,               **CERTIFICATE OF SERVICE**

20     v.

21 **Apple Inc.,**

22              Defendant.

23

CERTIFICATE OF SERVICE
CASE NO. 3:18-CV-05935-TLT

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 707 Wilshire Boulevard, Los Angeles, California 90017-3543. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on June 25, 2024, I served a copy of:

***UNREDACTED VERSIONS OF*:**

- **EXHIBITS 2 AND 3 TO JOINT DISCOVERY LETTER BRIEF**

☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

Patricia L. Peden  
BURKE, WILLIAMS & SORENSEN, LLP  
1999 Harrison St., Ste. 1650  
Oakland, CA 94612-3520  
ppeden@bwslaw.com

Christopher J. Lee  
David J. Sheikh  
Brian E. Haan  
Ashley E. LaValley  
Dragan Gjorgiev  
James D. Mitchell  
LEE SHEIKH & HAAN LLC  
125 South Clark Street, Suite 1175  
Chicago, IL  60603  
clee@leesheikh.com  
dsheikh@leesheikh.com  
bhaan@leesheikh.com  
alavalley@leesheikh.com  
dgjorgiev@leesheikh.com  
jmitchell@leesheikh.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California, this, 25th day of June, 2024.

|  Ryan J. Malloy  | */s/ Ryan J. Malloy* |
|---|---|
| (typed) | (signature) |