UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>OMNI BRIDGEWAY LLC,<br><br>        Defendant. | Case No. 24-mc-80198-AGT<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Trina L. Thompson for consideration of whether the case is related to *MPH Technologies Oy v. Apple, Inc.*, No. 18-cv-05935-TLT.

**IT IS SO ORDERED.**

Dated: August 7, 2024

_____
ALEX G. TSE
United States Magistrate Judge