Patricia L. Peden, Esq. (SBN 206440)
ppeden@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, CA 94612
Phone: (510) 273.8780
Fax: (510) 839.9104

Christopher J. Lee (*Pro Hac Vice*)
clee@leesheikh.com
David J. Sheikh (*Pro Hac Vice*)
dsheikh@leesheikh.com
Brian E. Haan (*Pro Hac Vice*)
bhaan@leesheikh.com
Ashley E. LaValley (*Pro Hac Vice*)
alavalley@leesheikh.com
Dragan Gjorgiev (*Pro Hac Vice*)
dgjorgiev@leesheikh.com
James D. Mitchell (Pro Hac Vice)
jmitchell@leesheikh.com
LEE SHEIKH & HAAN LLC
125 South Clark Street, Suite 1175
Chicago, IL 60603
Phone: (312) 982-0070
Fax: (312) 982-0071

Attorneys for Plaintiff
*MPH TECHNOLOGIES OY*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MPH TECHNOLOGIES OY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No. 3:18-cv-05935-TLT<br><br>Judge: Hon. Trina L. Thompson<br><br>**PLAINTIFF'S NOTICE OF CHANGE IN COUNSEL AND WITHDRAWAL OF DRAGAN GJORGIEV** |

## PLAINTIFF'S NOTICE OF CHANGE IN COUNSEL

Pursuant to Civ. L.R. 5-1(c)(2)(C), Dragan Gjorgiev hereby notifies the parties and the Court of his withdrawal as counsel *pro hac vice* for Plaintiff MPH Technologies Oy and that he will cease to be involved in this case. Christopher J. Lee, David J. Sheikh, Brian E. Haan, Ashley E. LaValley and James D. Mitchell of Lee Sheikh & Haan will continue to represent Plaintiff in this case. Written notice of this Change in Counsel has been provided to client and Defendant.

Dated: August 23, 2024                    Respectfully submitted,

*/s/ Dragan Gjorgiev*
Patricia L. Peden, Esq. (SBN 206440)
ppeden@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, CA 94612
Phone: (510) 273.8780
Fax: (510) 839.9104

Christopher J. Lee (*Pro Hac Vice*)
clee@leesheikh.com
David J. Sheikh (*Pro Hac Vice*)
dsheikh@leesheikh.com
Brian E. Haan (*Pro Hac Vice*)
bhaan@leesheikh.com
Ashley E. LaValley (*Pro Hac Vice*)
alavalley@leesheikh.com
Dragan Gjorgiev (*Pro Hac Vice*)
dgjorgiev@leesheikh.com
James D. Mitchell (*Pro Hac Vice*)
jmitchell@leesheikh.com
LEE SHEIKH & HAAN LLC
125 South Clark Street, Suite 1175
Chicago, IL 60603
Phone: (312) 982-0070
Fax: (312) 982-0071

Attorneys for Plaintiff
*MPH TECHNOLOGIES OY*

PLAINTIFF'S NOTICE OF CHANGE IN COUNSEL AND WITHDRAWAL OF DRAGAN GJORGIEV