WALKER STEVENS CANNOM LLP
Hannah L. Cannom (SBN 245635)
hcannom@wscllp.com
Bethany M. Stevens (SBN 245672)
bstevens@wscllp.com
500 Molino Street, Suite 118
Los Angeles, California 90013
Telephone:   (213) 712-9145
Facsimile:    (213) 403-4906

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MPH TECHNOLOGIES OY,<br><br>               Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>               Defendant. | Case No. 3:18-cv-05935-TLT<br>(Potentially related case:<br>3:24-mc-80198-AGT)<br><br>**DEFENDANT APPLE INC.'S STATEMENT PURSUANT TO L.R. 3-12(E) TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Hon. Trina L. Thompson |

Pursuant to Local Rule 3-12(e), and in response to the Referral For Purposes of Determining Relationship pursuant to Local Rule 3-12(c) [Dkt. No. 148], defendant Apple Inc. files this statement in support of a determination that *In re Omni Bridgeway LLC,* Case No. 3:24-mc-80198-AGT (the "Omni Miscellaneous Case") is related to the above-captioned case. As background, the Omni Miscellaneous Case concerns a motion filed by Apple seeking to compel Omni Bridgeway LLC's ("Omni") compliance with a third-party subpoena issued in the above-captioned litigation. The subpoena generally seeks information regarding the relationship between third-party Omni and plaintiff MPH Technologies Oy ("MPH") relating to this lawsuit.

Under Civil Local Rule 3-12(a), "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a). Here, Apple believes this standard is met because the discovery sought by Apple in the Omni Miscellaneous Case concerns this lawsuit as well as the parties and patents involved in this lawsuit, and will be used by Apple in its defense of this case.

Apple therefore respectfully requests that the Court relate the two cases and set the Omni Motion to Compel for hearing.

Dated this 30th date of August, 2004     WALKER STEVENS CANNOM LLP

　　　　　　　　　　　　　　　　　　　　　　　　  /s/ *Hannah L. Cannom*
　　　　　　　　　　　　　　　　　　　　　　　　　Hannah L. Cannom

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Apple Inc.*

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that counsel of record who are deemed to have consented to electronic service in the present matter and in *In re Omni Bridgeway LLC,* Case No. 3:24-mc-80198-AGT are being serviced on August 30, 2024, with a copy of this document electronic mail.

                                        /s/ *Hannah L. Cannom*
                                          Hannah L. Cannom

3