Patricia L. Peden, Esq. (SBN 206440)
ppeden@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, CA 94612
Phone: (510) 273.8780
Fax: (510) 839.9104

Christopher J. Lee (*Pro Hac Vice*)
clee@leesheikh.com
David J. Sheikh (*Pro Hac Vice*)
dsheikh@leesheikh.com
Brian E. Haan (*Pro Hac Vice*)
bhaan@leesheikh.com
Ashley E. LaValley (*Pro Hac Vice*)
alavalley@leesheikh.com
James D. Mitchell (Pro Hac Vice)
jmitchell@leesheikh.com
LEE SHEIKH & HAAN LLC
125 South Clark Street, Suite 1175
Chicago, IL 60603
Phone: (312) 982-0070
Fax: (312) 982-0071

Attorneys for Plaintiff
MPH TECHNOLOGIES OY

BITA RAHEBI (SBN 209351)
brahebi@mofo.com
RYAN J. MALLOY (SBN 253512)
rmalloy@mofo.com
ROSE S. LEE (SBN 294658)
roselee@mofo.com
NIMA KIAEI (SBN 336142)
nkiaei@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

RICHARD S.J. HUNG (SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MPH TECHNOLOGIES OY,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 3:18-cv-05935-TLT<br><br>[~~PROPOSED~~] JOINT STIPULATION TO DISMISS THE PARTIES' CLAIMS, DEFENSES AND COUNTERCLAIMS ON UNITED STATES PATENT NO. 8,037,302 WITHOUT PREJUDICE<br><br>Judge: Hon. Trina L. Thompson |

Pursuant to Civil L.R. 7-12, Plaintiff MPH Technologies Oy ("MPH") and Defendant Apple Inc. ("Apple") submit this *Joint Stipulation to Dismiss the Parties' Claims, Defenses and Counterclaims on United States Patent No. 8,037,302 Without Prejudice and to Toll 35 U.S.C. § 286 Damages Period*.

IT IS HEREBY AGREED AND STIPULATED by and between the parties, through their respective counsel, subject to the Court's approval, as follows:

1. MPH dismisses all claims of alleged infringement of United States Patent No. 8,037,302 ("the '302 patent") in the above-captioned action without prejudice.

2. Apple dismisses all defenses and counterclaims regarding the '302 patent without prejudice.

3. MPH agrees not to re-assert the '302 patent against Apple before final resolution of any appeals and any cross-appeals related to MPH's claims of infringement regarding United States Patent Nos. 8,346,949; 9,762,397; 9,712,494; 9,712,502; 9,838,362, and 7,937,581 and that MPH will file any such new lawsuit in the Northern District of California, and Apple agrees not to seek a claim in a declaratory judgment lawsuit alleging invalidity of the '302 patent before final resolution of any appeals and any cross-appeals related to MPH's claims of infringement regarding United States Patent Nos. 8,346,949; 9,762,397; 9,712,494; 9,712,502; 9,838,362, and 7,937,581 and that Apple will file any such new lawsuit in the Northern District of California.

4. Should MPH re-assert the '302 patent against Apple in the future, the parties stipulate that (a) the statutory period of recovery under 35 U.S.C. § 286 is hereby tolled as of the September 27, 2018 filing date of this lawsuit with respect to the '302 patent such that, in any subsequent lawsuit by MPH against Apple alleging infringement of the '302 patent, Apple will not assert 35 U.S.C. § 286 as a defense to MPH's claims for damages for any alleged infringement of the '302 patent occurring on or after September 17, 2014 (the alleged date of first infringement); (b) Apple will not assert any other defense or argument in any future '302 patent lawsuit that MPH is barred from seeking damages for any alleged infringement of the '302 patent occurring on or after September 17, 2014 (the alleged date of first infringement) based on this stipulation; and (c) in the event of any judicial order or decision that MPH is barred from seeking damages in the district court for any alleged infringement of the '302 patent occurring on or after September 17, 2014 (the alleged date of first

infringement), Apple and MPH will resolve any such damage claim in a private arbitration proceeding based on the same evidence, expert reports and testimony used in any future '302 patent lawsuit in the district court; (d) that, in any subsequent lawsuit by MPH against Apple alleging infringement of the '302 patent, the parties shall not serve any new or additional discovery related to the '302 patent, including deposition notices, deposition topics, and subpoenas; (e) that the parties shall have no obligation to respond to new discovery requests to the extent they pertain to the '302 patent; and (f) the parties' previously served Patent Local Rule 3-1, 3-3, 3-8, and 3-9 contentions as they apply to the '302 patent shall remain effective in any such new lawsuit, and any attempts to amend the contentions shall remain subject to the Patent Local Rules.

5. This dismissal without prejudice has no effect on or consequence as to MPH's other patent infringement claims asserting U.S. Patent No. 7,937,581, U.S. Patent No. 8,346,949, U.S. Patent No. 9,762,397, U.S. Patent No. 9,712,494, U.S. Patent No. 9,712,502, and U.S. Patent No. 9,838,362. Nor does this dismissal without prejudice constitute any admission with respect to the merit or lack of merit of the parties' claims, defenses and counterclaims in this litigation.

6. Each party will bear its own costs and attorneys' fees with respect to any claim, counterclaim, or defense that is dismissed without prejudice pursuant to this notice.

**IT IS SO STIPULATED.**

[PROPOSED] JOINT STIPULATION TO DISMISS THE PARTIES' CLAIMS, DEFENSES AND COUNTERCLAIMS ON UNITED STATES PATENT NO. 8,037,302 WITHOUT PREJUDICE

sf-6138748

3

|    |                              |                                                                 |
|----|------------------------------|-----------------------------------------------------------------|
| 1  | Dated: September 23, 2024    | Respectfully submitted,                                         |
| 2  |                              | /s/ Christopher J. Lee                                          |

Attorneys for Plaintiff
*MPH TECHNOLOGIES OY*

Patricia L. Peden, Esq. (SBN 206440)
BURKE, WILLIAMS & SORENSEN, LLP

Christopher J. Lee (*pro hac vice*)
David J. Sheikh (*pro hac vice*)
Brian E. Haan (*pro hac vice*)
Ashley E. LaValley (*pro hac vice*)
James D. Mitchell (*pro hac vice*)
LEE SHEIKH & HAAN LLC

Dated: September 23, 2024

Respectfully submitted,
/s/ Bita Rahebi

Attorneys for Defendant
*APPLE INC.*

Bita Rahebi (SBN 209351)
BRahebi@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Richard S.J. Hung (SBN 197425)
RHung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

[PROPOSED] JOINT STIPULATION TO DISMISS THE PARTIES' CLAIMS, DEFENSES AND COUNTERCLAIMS ON UNITED STATES PATENT NO. 8,037,302 WITHOUT PREJUDICE

sf-6138748

4

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the signatories listed above.

Dated:  September 23, 2024                              */s/ Christopher J. Lee*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 25, 2024

_____
Honorable Trina Thompson
United States District Judge

[PROPOSED] JOINT STIPULATED JUDGMENT AND ORDER TO DISMISS THE PARTIES' CLAIMS, DEFENSES AND COUNTERCLAIMS ON UNITED STATES PATENT NO. 8,037,302 WITHOUT PREJUDICE
CASE NO. 3:18-CV-05935-TLT
sf-6138748