UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MPH TECHNOLOGIES OY,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE, INC.,<br><br>        Defendant. | Case No. 18-cv-05935-TLT<br><br>**ORDER OF DISMISSAL AND JUDGMENT** |

    The Court's entry of the stipulated dismissal regarding the claims, defenses, and counterclaims on U.S. Patent No. 8,037,302 (ECF No. 162) resolves all remaining issues in this lawsuit and renders the partial stipulated judgment (ECF No. 161) a final judgment.

    The above-entitled lawsuit started with eight patents-in-suit: U.S. Patent Nos. 8,346,949; 9,762,397; 9,712,494; 9,712,502; 9,838,362; 7,620,810; 7,937,581; and 8,037,302. (Complaint, ECF No. 1).

    On January 11, 2023, the Court entered the parties' stipulated dismissal with prejudice regarding U.S. Patent No. 7,620,810 (ECF No. 65).

    On September 25, 2024, the Court entered a Partial Stipulated Judgment and Order for United States Patent Nos. 8,346,949, 9,762,397, 9,712,494, 9,712,502, 9,838,362 and 7,937,581 (ECF No. 161).

    The entry of the Partial Stipulated Judgment and Order on United States Patent Nos. 8,346,949, 9,762,397, 9,712,494, 9,712,502, 9,838,362 and 7,937,581 (ECF No. 161) left one patent-in-suit in the case, namely U.S. Patent No. 8,037,302.

    On September 25, 2024, the Court entered the parties' second and supplemental stipulated dismissal without prejudice regarding U.S. Patent No. 8,037,302, which disposed of all remaining issues in this case.

1     In summary, there is no patent-in-suit that remains in the case after the entry of ECF Nos.
2 65, 161 and 162. Accordingly, no claims remain to dismiss in a notice of dismissal. Per Rules
3 58(c) and 79(a)(2)(C), the Court should enter a final judgment stating that in view of entry of the
4 stipulated dismissals (ECF Nos. 65 and 162), the Partial Stipulated Judgment and Order on United
5 States Patent Nos. 8,346,949, 9,762,397, 9,712,494, 9,712,502, 9,838,362 and 7,937,581 (ECF No.
6 161) is hereby entered as a final judgment.

The Clerk of the Court is directed to close and terminate the case.

**IT IS SO ORDERED.**

Dated: September 27, 2024

_____
TRINA L. THOMPSON
United States District Judge