Patricia L. Peden, Esq. (SBN 206440)
ppeden@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, CA 94612
Phone: (510) 273.8780
Fax: (510) 839.9104

Christopher J. Lee (*Pro Hac Vice*)
clee@leesheikh.com
David J. Sheikh (*Pro Hac Vice*)
dsheikh@leesheikh.com
Brian E. Haan (*Pro Hac Vice*)
bhaan@leesheikh.com
Ashley E. LaValley (*Pro Hac Vice*)
alavalley@leesheikh.com
James D. Mitchell (*Pro Hac Vice*)
jmitchell@leesheikh.com
LEE SHEIKH & HAAN LLC
125 South Clark Street, Suite 1175
Chicago, IL 60603
Phone: (312) 982-0070
Fax: (312) 982-0071

Attorneys for Plaintiff
*MPH TECHNOLOGIES OY*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MPH TECHNOLOGIES OY,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 3:18-cv-05935-TLT<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that MPH Technologies OY ("MPH"), plaintiff in the above-named action, hereby case appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on September 28, 2024 (Dkt. No. 165), and the portions of all orders underlying that final judgment that were adverse to MPH, including, without limitation, the following orders:

1) Dkt. No. 109 (January 3, 2024 Order Construing Claims);

2) Dkt. No. 147 (July 29, 2024 Order Granting in Part Denying in Part MPH's Motion for Leave to Amend Infringement Contentions);

3) Dkt. No. 149 (August 16, 2024 Order Amending Portion of Order Construing Claims as to the '581 Patent Claims 6, 7, and 8); and

4) Dkt. No. 161 (September 24, 2024 Partial Stipulated Judgment and Order on United States Patent Nos. 8,346,949, 9,762,397, 9,712,494, 9,712,502, 9,838,362, and 7,937,581).

This Notice is timely filed under Federal Rule of Appellate Procedure 4(a)(1)(A) because it was filed within thirty days from the entry of final judgment.

In accordance with Federal Rule of Appellate Procedure 3(e), a payment of $605 representing the $5 filing fee required by 28 U.S.C. § 1917 and the $600 docketing fee required by Federal Circuit Rule 52(a)(2) has been transmitted via this Court's online payment system with this Notice of Appeal.

Dated: October 1, 2024

Respectfully Submitted,

*/s/ Brian E. Haan*
Patricia L. Peden, Esq. (SBN 206440)
ppeden@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, CA 94612
Phone: (510) 273.8780
Fax: (510) 839.9104

Christopher J. Lee (*Pro Hac Vice*)
clee@leesheikh.com
David J. Sheikh (*Pro Hac Vice*)
dsheikh@leesheikh.com
Brian E. Haan (*Pro Hac Vice*)
bhaan@leesheikh.com

Ashley E. LaValley (*Pro Hac Vice*)
alavalley@leesheikh.com
James D. Mitchell (*Pro Hac Vice*)
jmitchell@leesheikh.com
LEE SHEIKH & HAAN LLC
125 South Clark Street, Suite 1175
Chicago, IL 60603
Phone: (312) 982-0070
Fax: (312) 982-0071

Attorneys for Plaintiff
*MPH TECHNOLOGIES OY*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 1, 2024, the foregoing:

**NOTICE OF APPEAL**

was served via electronic transmission on the following counsel of record.

| Bita Rahebi (brahebi@mofo.com)<br>Nima I. Kiaei (nkiaei@mofo.com)<br>Rose S. Lee (roselee@mofo.com)<br>Ryan J. Malloy (rmalloy@mofo.com)<br>Morrison & Foerster LLP<br>707 Wilshire Boulevard<br>Suite 6000<br>Los Angeles, CA 90017<br>(213) 892-5428<br>Fax: (213) 892-5200<br><br>Bethany Marvin Stevens (bstevens@wscllp.com)<br>Hannah L. Cannom (hcannom@wscllp.com)<br>Walker Stevens Cannom LLP<br>500 Molino Street #118<br>Los Angeles, CA 90013<br>213-337-4551<br>Fax: 213-403-4906 | Richard S.J. Hung (rhung@mofo.com)<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>(415) 268-7000<br>Fax: (415) 268-7522 |

*/s/ Brian E. Haan*
Attorneys for Plaintiff
MPH TECHNOLOGIES OY