Kristin E. Charbonnier (SBN 294919)
BURKE, WILLIAMS & SORENSEN LLP
1 California Street, Suite 3050
San Francisco, California 94111
Telephone: (415) 655-8100
Facsimile: (415) 655-8099
kcharbonnier@bwslaw.com

Steven C. Cherny (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN LLP
111 Huntington Ave., Suite 520
Boston, Massachusetts 02199
Telephone: (617) 712-7100
Facsimile: (617) 712-7200
stevencherny@quinnemanuel.com

Jared W. Newton (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 13th Street NW, Suite 600
Washington, DC 20004
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
jarednewton@quinnemanuel.com

Richard W. Erwine (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN LLP
295 5th Avenue, Suite 900
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 538-7100
richarderwine@quinnemanuel.com

*Attorneys for Plaintiff MPH Technologies OY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MPH TECHNOLOGIES OY,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 3:18-cv-05935-TLT<br><br>**MPH TECHNOLOGIES OY'S SUPPLEMENTAL CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15(a)(3)** |

Plaintiff MPH Technologies Oy hereby supplements its Certification of Interested Entities or Persons. *See* ECF No. 13. Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Omni Bridgeway and its affiliates, litigation funder. The undersigned certifies that as of this date, there is no further conflict or interest (other than the named parties) to report.

Dated: November 17, 2026

Respectfully submitted,

By: */s/* ______________________

Kristin E. Charbonnier (SBN 294919)
BURKE, WILLIAMS & SORENSEN LLP
1 California Street, Suite 3050
San Francisco, California 94111
Telephone: (415) 655-8100
Facsimile: (415) 655-8099
kcharbonnier@bwslaw.com

Steven C. Cherny (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN LLP
111 Huntington Ave., Suite 520
Boston, Massachusetts 02199
Telephone: (617) 712-7100
Facsimile: (617) 712-7200
stevencherny@quinnemanuel.com

Jared W. Newton (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 13th Street NW, Suite 600
Washington, DC 20004
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
jarednewton@quinnemanuel.com

Richard W. Erwine (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN LLP
295 5th Avenue, Suite 900
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 538-7100
richarderwine@quinnemanuel.com

*Attorneys for Plaintiff MPH Technologies OY*