UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MPH Technologies Oy<br>Plaintiff,<br>v.<br>Apple, Inc.<br>Defendant. | Case No. 18-cv-05935-TLT<br>**REVISED CASE MANAGEMENT AND SCHEDULING ORDER**<br>Re: Dkt. No. 194 |

Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10,

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED**:

| | |
|---|---|
| 1. TRIAL DATE: | October 23, 2028<br>No. of Days: 8-10<br>Courtroom 9, 19th Floor<br>Jury Trial |
| 2. FINAL PRETRIAL CONFERENCE: | September 14, 2028, 3:00 p.m. (in person)<br>**LEAD COUNSEL WHO WILL TRY THE CASE MUST ATTEND**<br>Joint Pretrial Statement (including objections, motions in limine, proposed voir dire questions, statement of the case, jury instructions, and verdict forms): August 3, 2028 |
| 3. DISPOSITIVE MOTIONS: | Last day to be heard:<br>June 6, 2028, 2:00 p.m. (in person)<br>Last day to *file* dispositive motions:<br>April 11, 2028<br>See Civil Local Rules for notice and filing requirements. |
| 4. EXPERT DISCOVERY CUT-OFF: | March 28, 2028 |
| 5. EXPERT REPORTS: | Rebuttal reports by February 15, 2028<br>Opening reports by January 18, 2028 |
| 6. FACT DISCOVERY CUT-OFF | December 28, 2027 |

United States District Court
Northern District of California

| | |
|---|---|
| 7. ADR: | ADR Deadline: January 6, 2028<br>The parties shall indicate by joint stipulation no later than February 11, 2027 whether they would prefer an extended ADR deadline for private mediation or a referral to a Magistrate Judge. |
| 8. FURTHER STATUS CONFERENCE: | September 2, 2027, 2:00 p.m.<br>April 22, 2027, 2:00 p.m. |

**IT IS FURTHER ORDERED** that parties and counsel refer to and comply with Judge Thompson's Civil Standing Order and Civil Pretrial and Jury Trial Standing Order or Civil Pretrial and Bench Trial Standing Order located on the court's website (https://cand.uscourts.gov/trina-l-thompson/). Plaintiff(s) is/are **ORDERED** to serve a copy of this order on any party subsequently joined in this action. FRCP 19.

**JURY TRIAL**

The Court will take cause challenges and discuss hardship claims at side bar. The Court will inform counsel which hardship claims and cause challenges will be granted, but will not announce those dismissals until the selection process is completed. Peremptory challenges will be made in writing. The Court will strike at one time those with meritorious hardship claims, those excused for cause, and those challenged peremptorily, and then seat the first six to eight people remaining in numerical order.

The Court will send out to prospective jurors in advance of trial an electronic questionnaire soliciting information. In addition, if the parties wish to submit proposed voir dire questions, the parties must meet and confer and file a **joint set** of proposed questions that the Court may add to the electronic questionnaire. The parties will receive the responses prior to the in-court voir dire.

**SCHEDULING ORDER MODIFICATIONS**

No provision of this order may be changed except by written order of this Court upon its own motion or upon motion of one or more parties made pursuant to Civil Local Rule 7-11 with a showing of good cause. Parties may file a formal brief, but a letter brief will suffice. The requesting party shall serve the opposing party on the same day the motion is filed and the opposing party shall submit a response as soon as possible but no later than four days after service.

If the modification sought is an extension of a deadline contained herein, the motion must be brought at least seven (7) days before expiration of that deadline. **The parties may not modify the pretrial schedule by stipulation**. Once issued, this schedule may be modified only for good cause and with the Judge's consent. FRCP 16(b)(4). A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk. The only discovery schedule that the Court will enforce is the one set in this order.

**IT IS SO ORDERED.**

Dated: November 19, 2026

TRINA L. THOMPSON
United States District Judge

September 9, 2029
Filed 09/27/2018
08/03/2026 Federal Circuit Mandate